**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., | |
| Plaintiff, | |
| v. | 05 C 0256 C |
| INTERMEC TECHNOLOGIES CORP., | |
| Defendant. | |

**SYMBOL TECHNOLOGIES, INC.'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Symbol Technologies, Inc., by its undersigned attorneys, states that it does not have any parent corporation or other publicly held corporation that owns ten-percent or more of its stock.

MICHAEL BEST & FRIEDRICH LLP

By: _____
Jeffrey S. Ward
Shane A. Bruner
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703
(608) 257-3501

Attorneys for Plaintiff Symbol Technologies, Inc.

Of Counsel:

Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Mitchell S. Feller
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022

Dated: April 28, 2005