



# AFFIDAVIT OF SERVICE

CLERK US DIST COURT
WD OF WI

05-C-256-C

STATE OF WISCONSIN
DANE COUNTY

05 - 528

I Steven Watson, an adult resident of the State of Wisconsin and not a party to this action certify that at 1:35 p.m. on the 28th day of April 2005, at the City of Madison in said county and state, I served the within Summons and Complaint and Rule 7.1 on the within named company, Intermec Technologies Corp. by delivering to and leaving with the Registered Agent: The Prentice-Hall Corporation System, Inc, a true and correct copy thereof. I also certify that at the time of said service, I endorsed upon the copy so served, the time and date upon which same was served and signed my name thereto and added thereto my official title.

Comments: Beth Segreto accepted the Summons and Complaint Case No.:

05 C 0256 C

BY: _____                TITLE: Process Server

**Corporate Office**
579 D'Onofrio Drive • Madison, WI 53719 • Tel: (608) 833-6303 • Fax: (608) 833-6327 • 1-800-950-2863
Attoe-Watson & Co. Security Division, Inc. is a wholly owned Subsidiary of Attoe-Watson & Co., Inc.