UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SYMBOL TECHNOLOGIES, INC.,

    Plaintiff,

v.                                                                    Case No. 05-C-0256-C

INTERMEC TECHNOLOGIES CORP.,

    Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant, Intermec Technologies Corp., by its Wisconsin counsel, Whyte Hirschboeck Dudek S.C., by Eugenia G. Carter, respectfully moves the Court for leave to have Leland W. Hutchinson, Jr., Carson P. Veach, Jennifer L. Fitzgerald, and Jeffrey M. Hansen, of Freeborn & Peters LLP, appear for Intermec Technologies Corp. along with Whyte Hirschboeck Dudek S.C.

Mr. Hutchinson is a member in good standing of the Bar of Illinois, and is admitted to practice before the U.S. Supreme Court, the Northern and Central Districts of Illinois, the Third, Seventh, Ninth and Eleventh Circuit Federal Courts of Appeal.

Mr. Veach is a member in good standing of the Bar of Illinois, and is admitted to practice before the Northern District of Illinois and the Seventh Circuit Federal Court of Appeals.

Ms. Fitzgerald is a member is good standing of the Bar of Illinois, is admitted to practice before the Northern District of Illinois and the Seventh and Ninth Circuit Federal Courts of Appeal.

1

Mr. Hansen is a member is good standing of the Bar of Illinois, and is admitted to practice in the Northern District of Illinois.

Defendant respectfully requests that its motion be granted and that Attorneys Hutchinson, Veach, Fitzgerald and Hansen be admitted *pro hac vice* for purposes of this action.

DATED this 16 day of May, 2005.

                                                            Respectfully submitted:

                                                            By: _____
                                                            Attorneys for Defendant
                                                            Intermec Technologies Corp.
                                                            WHYTE HIRSCHBOECK DUDEK S.C.

                                                            Eugenia G. Carter
                                                            State Bar No. 01011447
                                                            One East Main Street, Suite 300
                                                            Madison, WI 53703-3300
                                                            (608) 255-4440 (telephone)
                                                            (608) 258-7138 (facsimile)

FREEBORN & PETERS LLP
Leland W. Hutchinson, Jr.
Carson P. Veach
Jennifer L. Fitzgerald
Jeffrey M. Hansen
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6677
(312) 360-6503 (telephone)
(312) 360-6572(facsimile)

108943

2