DOCKET # **6**

U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAY 1 7 2005

FILED
THERESA M. OWENS, CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CASE #

SYMBOL TECHNOLOGIES, INC.,

    Plaintiff,

05 - 528

v.

Case No. 05-C-0256-C

INTERMEC TECHNOLOGIES CORP.,

    Defendants.

### ORDER ON ADMISSION *PRO HAC VICE*

Whyte Hirschboeck Dudek S.C., Wisconsin counsel for Defendant Intermec Technologies Corp. Inc. in the above-captioned action, moves the Court to admit their co-counsel, Leland W. Hutchinson, Jr. Carson P. Veach, Jennifer L. Fitzgerald, and Jeffrey M. Hansen, of Freeborn & Peters LLP, to appear *pro hac vice* in this matter. Based upon the Motion and the entire record in this matter,

IT IS SO ORDERED.

DATED this 17th day of May, 2005.

BY THE COURT:

*Theresa M. Owens*
Theresa M. Owens
United States Magistrate Judge

108945

provided to: all Counsel of Record
this 17th day of May, 2005
by E. L. Clark
Deputy Clerk