

## Product Profile



- Dual-Radio wireless access point operates with any combination of 802.11a and 802.11g radios

- WPA security with secure roaming provides swift, seamless connectivity and enhanced mobility.

- Internal Power-Over-Ethernet eliminates need for power cables and outlets

- Enterprise Class access point to support mission critical applications

- TCP/IP Session Persistence

- IEC IP54 case withstands harsh environments (International ElectroTechnical commission)

# MobileLAN™ access WA21

MobileLAN access WA21 is the next-generation dual radio access point that accommodates radios operating on both 802.11a and 802.11g RF bands. Dual-radio access points provide easy, cost-effective migration paths to the 54Mbps technology while supporting 802.11b clients, offering unparalleled flexibility when designing or expanding wireless communication networks. MobileLAN access WA21 offers a complete mix and match choice of 802.11 radios: 2 a-radios, 1 a-radio + 1 g-radio or 2 g-radios.

MobileLAN access WA21 is equipped with WPA advanced encryption and authentication capabilities including WEP 128 with auto key rotation, 802.1x, EAP/TLS, EAP/TTLS, and EAP/PEAP authentication and RADIUS server support. Beyond securing the wireless local area network, these features enable faster roaming and enhanced mobility. The secure high-speed exchange enforces network security while maintaining a seamless connection. MobileLAN access WA21 also supports products that provide FIPS 140 security, the Federal Information Protection Standard.

The integrated Power-over-Ethernet solution eliminates the need and expense of installing separate cables and outlets. The 10/100 Base-T capability or 100 Mb Fiber optic communications enable wireless service on 100 Mbps networks. The MobileLAN access WA21 auto negotiates with connected devices allowing the data flow to be set at the highest rate at which both devices can communicate.

An enterprise class access point, the MobileLAN access WA21 provides the features necessary to support mission critical applications. Intermec's industry leading IP tunneling enables mobile workers to roam from access point to access point without interrupting the network connection. This session persistence eliminates the need to have the routing application reside in the client device, have dedicated servers or manual entry of IP addresses. IP addresses are easier and less expensive to administer with Dynamic Host configuration Protocol (DHCP) server functionality. Network Access Translation (NAT) support enables the WA21 to assign and manage static IP addresses.

MobileLAN access WA21 uses Intermec's hardware based packet filtering, ensuring fewer dropped packets, less network congestion and better overall performance.

For Mission Critical applications, the MobileLAN access WA22 can act as a Telnet Gateway Appliance (TGAP). TGAP enables session persistence for TCP/IP traffic providing session connectivity for up to 8 hosts.

The MobileLAN access WA21 is housed in an IEC IP54 rated case with heater options, making it the ideal access point for harsh environments where cold temperatures, small airborne particles and moisture are prevalent.

MobileLAN access WA21

### Physical Characteristics
**Length:** 355 mm (14.0")
**Height:** 95mm (3.75")
**Width:** 236 mm (9.3")
**Weight:** 2.63 kg (5.8 lb)
**Input Voltage:** Power over Ethernet
  **Voltage Range:** 36 - 57 VDC
  **Current:** 350 mA @ 48 volts
  **Detection Methods:** 802.3af standard
  PowerDsines' capacitance
  Cisco's data pair (in-line)
**Optional AC power**
  **Voltage Range:** 100 - 240 VAC auto ranging
**Input Power:** 15 Watts; Optional heater, additional 75 Watts

Supports dual radio and mixed dual radio operation, wireless bridging, DHCP client and server, NAT server, RADIUS server.

### Wireless Characteristics
**IEEE 802.11a Wireless Radio**
**Frequency Band:** 5.15 - 5.35 GHz frequency band
**Radio Type:** IEEE 802.11a OFDM
**Radio Power Output:** 15 Dbm
**Radio Data Rate:** 54 Mbps, 48 Mbps, 36 Mbps, 24 Mbps, 18 Mbps, 12 Mbps, 9 Mbps, 6 Mbps - automatic fallback for increased ranges
**Channels:** United States (FCC) 8 channels
**Receiver Sensitivity:** -65 dBm @ 54 Mbps, -70 dBm @ 36Mbps, -82 dBm @ 6 Mpbs.
**Range:** approximately 10m @ 54 Mbps, 30M @ 36 Mbps, Unlimited range with roaming.
**Compatibility:** Designed to comply with IEEE 802.11a wireless LAN standard for 5 GHz radio implementations
**Transmit Power Levels:** 12.4 dBm @ 36-6 Mbps, 9.2 dBm @ 48 Mbps, 7 dBm @ 54 Mbps.
**Bit Error Rate:** $10^{-5}$

**IEEE 802.11g Wireless Radio**
**Frequency Band:** 2.4 GHz, (actual frequencies vary by country)
**Radio Type:** IEEE 802.11g High Rate (54Mbps)
**Modulation:** Direct Sequence Spread Spectrum: (CCK, OFDM)
**Radio Power Output:** 18 dBm

**Radio Data Rate:** 1, 2, 5.5, and 11 Mbps
Legacy CCK rates; 6, 9,12,18,24,36,48, and 54 Mbps OFDM rates
Automatic Fallback for increased range
**Channels:** United States (FCC) 11 Channels, Europe (ETSI) 13 Channels, other countries per local regulations
**Bit Error:** $10^{-5}$
**Receiver Sensitivity:**
65 dBm@54 Mpss
70 dBm @ 36 Mpb
82 dBm@ 6 Mpbs

|  | *802.11b Mode | ¹802.11g Mode | ¹802.11g Mode |
|---|---|---|---|
| Outdoor | 1Mbps | 6Mbps | 54Mbps |
|  | 1968 ft. (600m) | 1640 ft. (500m) | 98 ft. (30m) |
| Indoor | 1Mbps | 6Mpbs | 54Mbps |
|  | 377 ft (115m) | 164 ft. (50m) | 32 ft. (10) |

*802.11b mode: 100mW with 1dBi gain Antennas
¹802.11g mode: 30mW with 1dBi gain antennas

### Security
IEEE 802.11 Wired Equivalent Privacy (WEP) standard, WEP 64 and WEP 128 are supported. Support for Key Integrity Protocol (TKIP), WPA and Full hardware support for Advanced encryption Standard (AES) security.

### Network Information
**Ethernet Interface:** 10/100 BaseT, 100 Mb Fiber Optic
**Ethernet Data Rate:** 10/100 Mbps
**Filtering Rate:** Full Ethernet Rate
**Filters:**
Protocol Filters-IP, IPX, NetBEUI, DECNET, AppleTalk
Other Broadcast Traffic Filters-IP, ARP, Novell RIP, SAP and LSP, Adjustable bandwidth allocation
**Software Upgrades:** Downloadable using Web browser or TFI over the network or seriel port.

### Management
**Management Interfaces:** SNMP; Secure Web browser-based manager; serial port, or Telnet via RF and Ethernet.
**SNMP Agent:** SNMP Version 1 supported
**SNMP Traps:** Cold start, Authentication Failure, MobileLAN manager reliable traps
**SNMP MIBs:** RFC 1213 (MIB-II), RFC 1643 (802 Dot3), MobileLAN access point MIB, SNMP v1 versions of the 802.11MIB and a MIB for the 802.1x and proprietary security related events.

### Accessories
Mounting brackets
Wide selection of RF antennas and cables

### Environments
**Operating Temperature:** -25°C to +70°C with 802.11b radio (other radio options vary)
**Heater option:** -30°C to 70°C
10% to 90% Relative humidity, non-condensing
**Storage Temperature:** -30°C to 75°C
10% to 90% Relative Humidity, non-condensing
**Industrial Sealing:** IEC IP54 (~NEMA 3)

### Regulatory Approvals
EN 55022 / CISPR 22 Class A; FCC Part 15 & ICES-003 Class A; C tick Marked (AS 3548); CE Marked,compliant with RTT&E, EMC, LVD Directives (see separate radio approvals); UL listed, UL 1950/C22.2 #950 IEC; 60529-IP53 and C22.2 #94-ENC 3.5; TUV Licensed, EN 60950 & EN 60539-IP53; NYCE Certified, NOM 19.

### Radio Approvals
**802.11a:** FCC Part 15.407 Certified; Canada RSS 210 Certified; SCT NOM-EM121 Certified; Compliant with Australian RF Regulations; Additional Country Specific RF Type Approvals will be added over time.

**802.11g:** FCC Part 15.247 Certified; Canada RSS 210 Certified; ETS 300 328 Type Approved; SCT NOM-EM121 Certified; Compliant with Australian RF Regulations; Additional Country Specific RF Type Approvals will be added over time

### Disclaimer
Intermec reserves the right to make changes without notice to any products herein for any reason at any time, including but not limited to improving the reliability, form, fit, function or design. Please contact Intermec for current price list and availability.

**North America**
**Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/Middle East & Africa**
**Headquarters**
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
**Asia Regional Office**
26-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

**Beijing Representative Office**
29 FL, Unit A1, China Merchant Tower
118 Jian Guo Road
Chaoyang District, Beijing 100022
Tel: 86 10.5165.5922
Fax: 86 10.6567.6778

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda.
Rua Samuel Morse 120 9 andar
Brooklin CEP04576-060
São Paulo, SP
Brazil
tel: 55.11.5502.6770

Intermec Technologies de Mexico
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A. 611264-01B 11/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.



*Intermec*
expect MORE




## Product Profile

- Dual-Radio wireless access point operates with any combination of 802.11a and 802.11g radios

- WPA security with secure roaming provides swift, seamless connectivity and enhanced mobility.

- Internal Power-Over-Ethernet eliminates need for power cables and outlets

- Enterprise Class access point to support mission critical applications

- TCP/IP Session Persistence

### MobileLAN™ access WA22

MobileLAN access WA22 is a dual radio access point that accommodates radios operating on both 802.11a and 802.11g RF bands. Dual-radio access points provide easy, cost-effective migration paths to the 54Mbps technology while supporting 802.11b clients, offering unparalleled flexibility when designing or expanding wireless communication networks. MobileLAN access WA22 offers a complete mix and match choice of 802.11 radios: 2 a-radios, 1 a-radio + 1 g-radio or 2 g-radios.

MobileLAN access WA22 is equipped with Wireless Protected Access (WPA) capabilities including auto key rotation, 802.1x, EAP/TLS, EAP/TTLS, EAP/PEAP authentication and server support. Beyond securing the wireless local area network, these features enable faster roaming and enhanced mobility. The secure high-speed exchange enforces network security while maintaining a seamless connection. MobileLAN access WA22 also supports products that provide FIPS 140-2 security, the Federal Information Protection Standard.

The integrated Power-over-Ethernet solution eliminates the need and expense of installing separate cables and outlets. The 10/100 Base-T capability or 100 Mb Fiber Optic Communication enables wireless service on 100 Mbps networks. The MobileLAN access WA22 auto negotiates with connected devices allowing the data flow to be set at the highest rate at which both devices can communicate.

An enterprise class access point, the MobileLAN access WA22 provides the features necessary to support mission critical applications. Intermec's industry leading IP tunneling enables mobile workers to roam from access point to access point without interrupting the network connection. This session persistence eliminates the need to have the routing application reside in the client device, have dedicated servers or manual entry of IP addresses. IP addresses are easier and less expensive to administer with Dynamic Host configuration Protocol (DHCP) server functionality. Network Access Translation (NAT) support enables the WA22 to assign and manage static IP addresses.

MobileLAN access WA22 uses Intermec's hardware based packet filtering, ensuring fewer dropped packets, less network congestion and better overall performance.

For Mission Critical applications, the MobileLAN access WA22 can act as a Telnet Gateway Appliance (TGAP). TGAP enables session persistence for TCP/IP traffic providing session connectivity for up to 8 hosts.

The MobileLAN access WA22 is the ideal enterprise-class access point for light industrial applications.



**MobileLAN access WA22**

- **Physical Characteristics**
**Length:** 250 mm (9.84")
**Height:** 38 mm (1.49")
**Width:** 159 mm (6.27")
**Weight:** .625kg (1.38 lbs)
**Input Voltage:** Power over Ethernet
**Voltage Range:** 36 to 57 VDC
**Current:** 350 mA @ 48 volts
**Detection Methods:** 802.3af standard PowerDsine's capacitance Cisco's data pair (in-line)

**Wireless LAN Characteristics**
**IEEE 802.11a Wireless Radio**
**Frequency Band:** 5.15 - 5.35 GHz frequency band
**Radio Type:** IEEE 802.11a OFDM
**Radio Power Output:** 12.4 dBm@ 6-36 Mbps, 9.2 dBm @48 Mbps, 7 dBm@54 Mbps.
**Radio Data Rate:** 54Mbps, 48 Mbps, 36 Mbps, 24 Mbps, 18 Mbps, 12 Mbps, 9 Mbps, 6 Mbps - with automatic fallback for increased range.
**Channels:** United states (FCC) 8 channels
**Receiver Sensitivity:** -65 dBm @ 54 Mbps, -70 dBm @ 36 Mbps, -82 dBm @ 6 Mpbs.
**Range:** approximately 10m @ 54 Mbps, approximately 30M @ 36 Mbps, Unlimited Range with roaming.
**Compatibility:** Designed to comply with IEEE 802.11a wireless LAN standard for 5 GHz radio implementations
**Bit Error Rate:** Better than $10^{-5}$

**IEEE 802.11g Wireless Radio**
**Frequency Band:** 2.4 GHz, actual frequencies vary by country
**Radio Type:** IEEE 802.11g High Rate (54 Mbps)
**Modulation:** Direct Sequence Spread Spectrum (CCK, OFDM)
**Radio Power Output:** 18 dBm
**Radio Data Rate:** Radio Data Rate: 1, 2, 5.5 and 11 Mbps Legacy CCK rates; 6, 9, 12, 18, 24, 36, 48, and 54 Mbps OFDM rates
Automatic Fallback for increased range

**Channels:** United States (FCC) 11 Channels, Europe (ETSI) 13 Channels, other countries per local regulations
**Bit Error Rate:** Better than $10^{-5}$
**Receiver Sensitivity:**
65 dBM @ 54 Mpss
70 dBM @ 36 Mpb
82 dBM @ 6 Mpbs

|  | *802.11b Mode | '802.11g Mode | '802.11g Mode |
|---|---|---|---|
| Outdoor | 1Mbps | 6Mbps | 54Mbps |
|  | 1968 ft. (600m) | 1640 ft. (500m) | 98 ft. (30m) |
| Indoor | 1Mbps | 6Mbps | 54Mbps |
|  | 377 ft (115m) | 164 ft. (50m) | 32 ft. (10) |

*802.11b mode: 100mW with 1dBi gain Antennas
'802.11g mode: 30mW with 1dBi gain antennas

**Security**
IEEE 802.11 Wired Equivalent Privacy (WEP) standard, WEP 64 and WEP 128 are supported. Support for Key Integrity Protocol (TKIP), WPA and Full hardware support for Advanced Encryption Standard (AES) security.

**Network Information**
**Ethernet Interface:** 10/100 BaseT, 100Mb Fiber Optic
**Ethernet Data Rate:** 10/100 Mbps
**Filtering Rate:** Full Ethernet Rate
**Filters:**
Protocol Filters - IP, IPX, NetBEUI, DECNET, AppleTalk
Other Broadcast Traffic Filters-IP ARP, Novell RIP, SAP and LSP, Adjustable bandwidth allocation
**Software Upgrades:** Downloadable using Web Browser or TFTP over the network or serial port.

**Management**
**Management Inferfaces:** SNMP; Secure Web browser-based manager; serial port or Telnet via RF, and Ethernet.
**SNMP Agent:** SNMP Version 1 supported
**SNMP Traps:** Cold start, Authentication Failure, MobileLAN manager reliable traps

**SNMP MIBs:** RFC 1213 (MIB-II), RFC 1643 (802 Dot3), MobileLAN access point MIB, SNMP v1 versions of the 802.11 MIB and a MIB for 802.x and proprietary security related events.

**Accessories**
Mounting Brackets
Serial Console Cable
Wide selection of RF antennas and cables

**Environment**
**Operating Temperature:** Standard Unit -20°C to +55°C with 802.11b radio (other radios options vary
**Storage Temperature:** -30° C to +75° C 10% to 90% Relative Humidity, non-condensing

**Regulatory Approvals**
EN 55022/CISPR 22 Class A; FCC Part 15 & ICES-003 Class A; C tick Marked (AS 3548); CE Market, Compliant with RTT&E, EMC, LVD Directives; (See separate radio approvals); UL Listed, UL 1950 & IEC 60529-IP53; CSA Certified, C22.2 #950 & C22.3 #94-ENC 3.5; TUV Licensed, EN 60950 & EN 60529-IP53; NYCE Certified, NOM 19.

**Radio Approvals**
**802.11a:** FCC Part 15.407 Certified; Canada RSS 210 Certified; SCT NOM-EM121 Certified; Compliant with Australian RF Regulations; Additional Country Specific RF Type Approvals will be added over time.

**802.11g:** FCC Part 15.247 Certified; Canada RSS 210 Certified; ETS 300 328 Type Approved; SCT NOM-EM121 Certified; Compliant with Australian RF Regulations; Additional Country Specific RF Type Approvals will be added over time.

**Disclaimer**
Intermec reserves the right to make changes without notice to any products herein for any reason at any time, including but not limited to improving the reliability, form, fit, function or design. Please contact Intermec for current price list and availability.

**North America**
**Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/ Middle East & Africa**
**Headquarters**
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
Asia Regional Office
26-16 International Plaza
10 Anson Road
Singapore 079903
tel. 65.6324.8391
fax: 65.6324.8393

**Beijing Representative Office**
29 FL, Unit A1, China Merchant Tower
118 Jian Guo Road
Chaoyang District, Beijing 100022
Tel: 86 10.5165.5922
Fax: 86 10.6567.6778

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda.
Rua Samuel Morse 120 9 andar
Brooklin CEP04576-060
São Paulo, SP
Brazil
tel: 55.11.5502.6770

Intermec Technologies de Mexico
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A. 611265-31B 11/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.



Intermec® expect MORE