


Intermec

# Product Profile



- Fiber optic connectivity without cumbersome and costly external converters
- 10/100 Ethernet for the highest data rates possible
- VoIP optimization to leverage the wireless LAN for voice and data
- Integrated Power over Ethernet solution eliminates expensive cabling
- IEEE 802.11b compliant and Wi-Fi certified ensures interoperability
- 11 Mbps performance supports bandwidth-intensive applications
- NEMA4/IP54 case withstands harsh environments

## MobileLAN™ access 2100

MobileLAN™access 2100 is an 11 Mbps wireless access point available for high-speed, high-throughput, demanding environments. Compliant with 802.11b standards, MobileLAN access 2100 sets a new standard in access points with advanced features and better performance. Housed in a NEMA4/IP54 case with heater options, MobileLAN access 2100 is the ideal access point for harsh environments where cold temperatures, small airborne particles and moisture are prevalent.

**High performance wireless communications**

Fiber optic network connectivity is now possible on MobileLAN access 2100 via an MT-RJ connector.

Wireless service on 100 Mbps networks is now achievable with 10Base-T/100Base-Tx compatibility on MobileLAN access 2100. It auto negotiates with the device it is connected to allowing the data rate to be set at the highest rate at which both devices can communicate.

Intermec's patented dual radio support as well as support for S-UHF, 900Mhz and Open Air technologies continue to be available on MobileLAN access 2100.

Recognizing that Ethernet can have data rates as high as 100Mbps and that radio data rates are no more than 11 Mbps, Intermec designed a more efficient method for its access points to forward packets from the Ethernet to the radios. MobileLAN access 2100 uses hardware-based packet filtering, which ensures fewer dropped packets, less network congestion and better overall performance.

MobileLAN access 2100 leads the industry with seamless IP tunneling. This feature eliminates the requirement to have the routing application reside in the client. The technology supports wall-to-wall bridging, which allows your wireless network to grow without the expense of expanding the wired backbone.

MobileLAN access 2100 expands the options available to IT managers with integrated Power over Ethernet and support for VoIP.

IP addresses are easier and less expensive to administer on MobileLAN access 2100 with DHCP (Dynamic Host Configuration Protocol) server functionality. MobileLAN access 2100 can use any standard RADIUS server for optimum network security. Additional security is provided through WEP key management.

Intermec

MobileLAN™ access 2100

## Physical Characteristics

**Length:** 355 mm (14.0")
**Height:** 95 mm (3.75")
**Width:** 236 mm (9.3")
**Weight:** 2.63 kg (5.8 lb)
**Input Voltage:** 100-240 VAC Auto Ranging Power Supply
**Input Power:** 15 Watts Optional Heater Additional 75 Watts
Supports dual radio and mixed dual radio operation wireless bridging DHCP client and server NAT server radius server

## Wireless LAN Characteristics

**802.11b Wireless Radio**
**Frequency Band:** 2.4 GHz, actual frequencies vary by country.
**Radio Type:** IEEE 802.11b (11 Mbps)
**Modulation:** Direct Sequence Spread Spectrum (CCK, DQPSK, DBPSK)
**Radio Power Output:** 15 dBm
**Radio Data Rate:** 11 Mbps High/5.5 Mbps Medium/2 Mbps Standard/1 Mbps low Automatic Fallback for increased range
**Channels: United States** (FCC) 11 Channels, Europe (ETSI) 13 Channels, other countries per local regulations.
**Bit Error Rate:** Better than $10^{-5}$

| Range | 1Mbps | 2 Mbps |
|---|---|---|
| Open Environment | 1750ft (533m | 1300ft (396m) |
| Semi-Open | 375ft (114m) | 300ft (91m) |
| Closed Environment | 165ft (50m) | 130ft (40m) |
| Unlimited range with roaming | | |
| Receiver Sensitivity: | -95 dBm | -92 dBm |

| Range | 5.5 Mbps | 11 Mbps |
|---|---|---|
| Open Environment | 885ft (270m) | 525ft (160m) |
| Semi-Open | 230ft (70m) | 165ft (50m) |
| Closed Environment | 115ft (35m) | 80ft (24m) |
| Unlimited range with roaming | | |
| Receiver Sensitivity: | -87 dBm | -82 dBm |

**Security:** IEEE 802.11 Wired Equivalent Privacy (WEP) standard, WEP64 and WEP128 are supported

**2.4 GHz OpenAir Wireless Radio**
**Frequency Band:** 2.4 GHz, actual frequencies vary by country.
**Radio Type:** WLI Forum OpenAir
**Radio Power Output:** 500 mW /100 mW (Europe)
**Radio Data Rate:** 1.6 Mbps per channel. 800 Kbps fallback rate for extended range.
**Channels:** Supports 15 independent, non-interfering "virtual channels" (hopping patterns)
**Receiver Sensitivity:** -77 dBm @ 1.6 Mbps / -85 dBm @ 800 kbps
**Range:** Up to 150meters (500 ft.) radius in-doors, 300 meters (1000 ft.) outdoors.
**Security:** 20 digit security ID's available.

**900MHz Falcon Wireless Radio**
**Frequency Band:** 902-928 MHz frequency band
**Radio Type:** Direct Sequence Spread Spectrum (DSSS)
**Radio Power Output:**
**Minimum:** 24 dBm (250 mW)
**Typical:** 25.5 dBm (350 mW)
**Maximum:** 27 dBm (500 mW)
**Radio Data Rate:** 90, 255, or 450 Kbps
**Channels:** 7 @ 90 Kbps, 1 @ 225 or 440 Kbps
**Range:** Up to 600 meters (2000 ft.) (line of sight)
**Coverage:** 9,000-31,500 meters (100,000-350,000 sq. ft.) (conservative)

**Synthesized UHF Wireless Radio**
**Frequency Band:** 430-450 MHz (Low Band) 450-470 MHz (High Band)
**Radio Type:** Synthesized UHF (four-level frequency shift keying)
**Radio Power Output:** 0.5 W (27 dBm) Low and High Bands, 10 mW (10 dBm)
**Radio Data Rate:** 19.2 Kbps (14.4 Kbps with forward error correction)
**Receiver Sensitivity:** -105 dBm
**Range:** Up to 1,067 m (3,500 ft.) line of sight
**Coverage:** 0.5 W, 74,320 sq m (800,000 sq ft) indoors; 10 mW, 9,290 sq m (100,000 sq ft) indoors
**Channels Spacing:** 20 KHz or 25 KHz

## Network Information

**Ethernet Interface:** 10/100 BaseT
Optional MT-RJ Fiber Interface (new)
**Ethernet Data Rate:** 10/100Mbps
**Filtering Rate:** Full Ethernet Rate
**Filters:** Protocol Filters–IP, IPX, NetBEUI, DECNET, AppleTalk, Other Broadcast Traffic Filters–IP, ARP, Novell RIP, SAP and LSP, Adjustable bandwidth allocation.

**Software Upgrades:** Downloadable using Web Browser or TFI over the network or serial port.

## Management

**Management Interfaces:** SNMP; Web browser-based manager; serial port, or Telnet via RF, serial and Ethernet.
**SNMP Version1 Agent supporting:**
**SNMP Traps:** Cold start, authorization violation, MobileLAN access point enterprise specification
**SNMP MIBs:** RFC 1213, RFC 1398, RFC 1493, MobileLAN access point MIB

## Environment

**Operating:**
**Standard Unit:** -25° to 70°C (-13° to 158°F)
**Heater Option:** -30° to 70°C (-22° to 158°F)
**Heater Option with insulated bag:** -30° to 0°C (-22° to 32°F)
**Storage Temperature Range:** -40° to 70°C (-40° to 158°F)
**Humidity (Non-Condensing):** 10 to 90% relative humidity, non-condensing
**Industrial Sealing:** IP54 (NEMA 4)

## Accessories

- Mounting Brackets
- Wide selection of RF Antennas and Cables

## Regulatory Approvals

FCC Part 15.247 Certified; Canada RSS 210 Certified; ETS 300 328 Type Approved; EN 55022 / CISPR 22 Class A; FCC Part 15 & ICES-003 Class A; SCT Certification, NOM-EM-121; AS 3548, C tick Marked; Compliant with all European Directives, CE Marked (ETS 300 826); UL Listed, UL 1950/C22.2 #950 IEC 60529-IP53 and C22.2 #94-ENC3.5; Non-incendive 2.4 GHz and 900 MHz antenna circuits UL Listed, UL 1604 & C22.2 #213 for Div 2; Class I–Groups A, B, C & D; Class II–Groups F & G; Class III; TÜV Licensed, EN 60950 & EN 60529-IP53; NYCE Certified, NOM 19

Intermec reserves the right to make changes without notice to any products herein for any reason at any time, including but not limited to improving the reliability, form, fit, function or design. Please contact Intermec for a current price list and availability.

Wi-Fi™ The Standard for Wireless Fidelity.

**North America**
Corporate Headquarters
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Europe/ Middle East & Africa**
Headquarters
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
Asia Regional Office
25-10 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8398

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Latin America Headquarters
17921 B Skypark Circle
Irvine, California 92614
tel: 949.442.9993
fax: 949.757.1687

Intermec South America Ltda.
Rua Arandu 1544-15 andar
Edificio Itavera
Brooklin Novo 04562-031
Sao Paulo, SP
Brazil
tel: 55.11.5501.2070

**Mexico**
Tamulipas 141, Primero Piso
06140 Mexico, D.F.
tel: 525.55.211.1919
fax: 525.55.211.8121

**Worldwide Fax Document Retrieval Service**
800.755.5505
(North America Only)
tel: 650.556.8447

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2003 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A.
608464-01D 2/03

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.




Intermec

# Product Profile




- Dual Radio Capability Supports Mixed Wireless Technologies, Voice Data Segmentation, Wireless Bridging, and Wireless Access Points
- High Performance 10/100 Ethernet With Hardware Switching Support
- Fiber optic connectivity without cumbersome and costly external converters
- QOS for VoIP optimization to leverage the wireless LAN for voice and data
- IEEE 802.11b compliant and Wi-Fi™ certified ensures interoperability
- 11 Mbps performance support for bandwidth-intensive applications

## MobileLAN™ access 2101

**Most advanced wireless access point**
MobileLAN™access 2101 is an 11 Mbps wireless access point available for high-speed, high-throughput, demanding environments. 802.11b compliant, MobileLAN access 2101 sets a new standard in access points with advanced features, better performance and a lower price.

**High performance wireless communications**
Extensive feature set for Enterprise applications. MobileLAN access 2101 continues to expand the rich feature set within Intermec access points. New features include an internal RADIUS server for client authentication, DHCP server and NAT support. These features are in addition to IP tunneling support, system wide software distribution, and other current features.

Fiber optic network connectivity is now possible on MobileLAN access 2101 via an optional MT-RJ connector.

Wireless service on 100 Mbps networks is now achievable with 10Base-T/100Base-Tx compatibility on MobileLAN access 2101. It auto negotiates with the device it is connected to allowing the data rate to be set at the highest rate at which both devices can communicate.

Intermec's patented dual radio support as well as support for Open Air technology continues to be available on MobileLAN access 2101.

Recognizing that Ethernet can have data rates as high as 100Mbps and that radio data rates are no more than 11 Mbps, Intermec designed a more efficient method for its access points to forward packets from the Ethernet to the radios. MobileLAN access 2101 uses hardware-based packet filtering, which ensures fewer dropped packets, less network congestion and better overall performance.

MobileLAN access 2101 leads the industry with seamless IP tunneling. This feature allows multiple subnet mobility for any IP clients, without the need for specific IP mobility software within client devices. Wireless bridging support, and wireless access points serving as repeaters continue to be supported as well.

MobileLAN access 2101 is part of the comprehensive family of MobileLAN wireless products. Based on the direct sequence spread spectrum technology, MobileLAN products are compliant with the IEEE 802.11b standard.

Intermec

MobileLAN™ access 2101

### Physical Characteristics

**Length:** 250 mm (9.84")
**Height:** 38 mm (1.49")
**Width:** 159 mm (6.27")
**Weight:** .526 kg (1.16 lb)
**Input Voltage:** 5 VDC, Supply with external power supply, 100-240 VAC Auto Ranging Power Supply, AC requirements 15 Watts
Supports dual radio and mixed dual radio operation wireless bridging DHCP client and server NAT server radius server

### Wireless LAN Characteristics

**IEEE 802.11b High Rate Wireless Radio**
**Frequency Band:** 2.4 GHz, actual frequencies vary by country
**Radio Type:** IEEE 802.11b High Rate (11 Mbps)
**Modulation:** Direct Sequence Spread Spectrum (CCK, DQPSK, DBPSK)
**Radio Power Output:** 15 dBm
**Radio Data Rate:** 11 Mbps High/5.5 Mbps Medium/2 Mpbs Standard/1 Mbps Low Automatic Fallback for increased range
**Channels:** United States (FCC) 11 Channels, Europe (ETSI) 13 Channels, other countries per local regulations
Bit Error Rate: Better than 10-5

| Range | 1 Mbps | 2 Mbps |
|---|---|---|
| Open Environment | 1750ft (533m) | 1300ft (396m) |
| Semi-Open | 375ft (114m) | 300ft (91m) |
| Closed Environment | 165ft (50m) | 130ft (40m) |
| Unlimited range with roaming | | |
| Receiver Sensitivity: | -95 dBm | -92 dBm |

| Range | 5.5 Mbps | 11 Mbps |
|---|---|---|
| Open Environment | 885ft (270m) | 525ft (160m) |
| Semi-Open | 230ft (70m) | 165ft (50m) |
| Closed Environment | 115ft (35m) | 80ft (24m) |
| Unlimited range with roaming | | |
| Receiver Sensitivity: | -87 dBm | -82 dBm |

**Security:** IEEE 802.11 Wired Equivalent Privacy (WEP) standard, 128-bit wep, 64 bit WEP supported

2.4 GHz OpenAir™ Wireless Radio
**Frequency Band:** 2.4 GHz, actual frequencies vary by country
**Radio Type:** WLI Forum OpenAir™ Compatible Frequency Hopping Spread Spectrum (FHSS)
**Radio Power Output:** 100 mW
**Radio Data Rate:** 1.6 Mbps per channel, 800 Kbps fallback rate for extended range
**Channels:** Supports 15 independent, non-interfering "virtual channels" (hopping patterns)
**Range:** Up to 150 meters (500 ft.) radius indoors, up to 300 meters (1000 ft.) radius outdoors
**Compatibility:** Fully interoperable with Model 0110, 0111 & 6710 Access Points as well as all certified WLI Forum OpenAir™ products
**Security:** 20 digit security id's available

### Network Information

**Ethernet Interface:** 10/100 BaseT
**Ethernet Data Rate:** 10/100Mbps
**Filtering Rate:** Full Ethernet Rate
**Filters:** Protocol Filters–IP, IPX, NetBEUI, DECNET, AppleTalk, Other Broadcast Traffic Filters–IP ARP, Novell RIP, SAP and LSP, Adjustable bandwidth allocation
**Software Upgrades:** Downloadable using Web Browser or TFTP over the network or serial port

### Management

**Management Interfaces:** SNMP; Web browser-based manager; text-based menu system, serial port, or Telnet via RF, serial and Ethernet
**SNMP Version 1 Agent supporting:**
**SNMP Traps:** Cold start, authorization violation, MobileLAN access point enterprise specific trap
**SNMP MIBs:** RFC 1213, RFC 1398, RFC 1493, MobileLAN access point MIB

**Physical Management Connections:**
**Phone line via customer-supplied modem:** Ethernet; wireless network; direct cabled connection/DB9 plug, requires customer-supplied null modem cable

### Environment

**Operating:**
Standard Unit -20° to 65° C (-4° to 149° F)
**Storage Temperature Range:**
-40° to 70° C (-40° to 158° F)
**Humidity (Non-Condensing):** 10 to 90% relative humidity, non-condensing

### Accessories

- Mounting Brackets
- Serial Console Cable
- Wide selection of RF Antennas and Cables

### Regulatory Approvals

FCC Part 15.247 Certified
Canada RSS 210 Certified
ETS 300 328 Type Approved
EN 55022 / CISPR 22 Class B
FCC Part 15 & ICES-003 Class A
SCT Certification, NOM-EM-121, pending
AS 3548, C tick Marked
Compliant with all European Directives, CE Marked (~ETS 300 826)
UL Listed, UL 1950 & IEC 60529–IP53
CSA Certified, C22.2 #950 & C22.2 #94–ENC 3.5
TUV Licensed, EN 60950 & EN 60529–IP53
NYCE Certified, NOM 19

Intermec reserves the right to make changes without notice to any products herein for any reason at any time, including but not limited to improving the reliability, form, fit, function or design. Please contact Intermec for a current price list and availability.



The Standard for Wireless Fidelity.

**North America**
**Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street SE
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Europe/ Middle East & Africa**
**Headquarters**
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
**Asia Regional Office**
25-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
**Latin America Headquarters**
17921 Sky Park Circle
Irvine, California 92614
tel: 949.442.9393
fax: 949.757.1687

Intermec South America Ltda.
Rua Arandu 1544-15 andar
Edificio Itavera
Brooklin Novo 04562-031
Sao Paulo, SP
Brazil
tel: 55.11.5501.2070

**Mexico**
Tamulipas 141, Primero Piso
06140 Mexico, D.F.
tel: 525.5211.1919
fax: 525.5211.8121

**Worldwide Fax Document Retrieval Service**
800.755.5505
(North America Only)
tel: 650.556.8447

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in NA)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in NA)
tel: 425.356.1799

Copyright © 2003 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A.
608805-01E 2/03

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.






Intermec



# Product Profile

## MobileLAN™ access 2102

- Wireless access anywhere in the enterprise
- Lightweight and low cost
- Industry-standard technologies for seamless integration
- Add wireless capabilities without the expense of extra hubs, servers or complicated wiring

The 2102 Access Point is the choice for high performance wireless LANs and supports the most demanding requirements for wireless LAN applications in office environments. The 2102 lets mobile computing clients roam anywhere throughout an enterprise without losing their network connection.

The 2102 uses industry standard IEEE 802.11b high-rate and OpenAir wireless technologies, supporting up to 11 Mpbs data rates. With a sleek, professional design and weight of less than eight ounces, the 2102 is designed for easy integration in office environments.

The 2102 is the latest in a family of high performance wireless LAN products from Intermec that are easy to install and manage. Together with 2100 and 2101 access points, the 2102 provides wireless networking solutions for companies regardless of the complexity of their networking requirements. Intermec's family of access points offers fully integrated IP Tunneling, an enhancement that allows large wireless LANs to span across multiple subnets. This allows users of wireless-enabled laptops and other mobile computing devices to maintain a continuous, high quality network connection while seamlessly roaming anywhere throughout the enterprise.

As an added benefit for network administrators, Intermec's wireless LAN access points automatically track and connect roaming clients without the cost and complexity of a dedicated mobile IP server or additional hubs and cabling. Intermec's innovative design ends the cumbersome, user-table programming and setup, and eliminates what could become a single point of failure on a wireless LAN.

Intermec's family of high performance wireless LAN products allows companies to quickly, easily, and affordably add wireless networking to their existing infrastructure.



### Physical Characteristics

**Length:** 14.66 cm (5.77")
**Width:** 3.53 cm (1.39")
**Height:** 9.32 cm (3.67")
**Weight:** 232g (.51 lbs.)
**Input Voltage:** 5 VDC. Supply with external power supply. 100-240 VAC Auto ranging power supply.

### Wireless LAN Characteristics

**IEEE 802.11b high-rate GHz Direct Sequence Wireless Radio**
**Frequency Band:** 2.4 GHz frequency band; actual frequencies in use vary by country.
**Radio Type:** IEEE 802.11b high-rate Direct Sequence Spread Spectrum (DSSS)
**Radio Power Output:** 32 mW (15dBm)
**Radio Data Range:** 11 Mps, 5.5 Mps, 2 Mbps, 1 Mbps with automatic fallback for increased range.
**Channels:** United States (FCC) 11 channels; Europe (ETSI) 13 channels; other countries per local regulations.
**Receiver Sensitivity:** -91 dBm @ 2 Mbps / -95 dBm @ 1 Mbps
**Range:**
**2 Mbps:** 356m (1200') open environment
**1 Mbps:** 425m (1400') open environment
Limited using roaming
**Compatibility:** Designed to comply with IEEE 802.11 Direct Sequence wireless LAN standard for 2.4 GHz DSSS radio implementations.

**2.4 GHz OpenAir™ Wireless Radio**
**Frequency Band:** 2.4 GHz frequency band; actual frequencies in use vary by country.
**Radio Type:** WLI Forum OpenAir™ Compatible Frequency Hopping Spread Spectrum(FDHS)
**Radio Power Output:** 100 mW
**Radio Data Range:** 1.6 Mbps per channel. 800 Kbps fallback rate for extended range.
**Channels:** Supports 15 independent, non-interfering "virtual channels" (hopping patterns)
**Receiver Sensitivity:** -91 dBm @ 2 Mbps / -95 dBm @ 1 Mbps
**Range:** up to 150m (500') radius indoors. Unlimited using roaming.
**Compatibility:** Fully interoperable with Model 0110, 0111, 6710, 2101, 2100 Access Points as well as all certified WLI Forum OpenAir products and WLI Forum certified product.
**Security:** 20 digit security ID's available.

### Network Information

**Ethernet Interface:** 10BaseT
**Ethernet Data Rate:** 10 Mbps
**Filtering Rate:** Full Ethernet Rate (14,880 packets/second)
**Filters:**
**Protocol Filters:** IP, IPX, NetBEUI, DECNET, AppleTalk.
**Other Broadcast Traffic Filters:** IP, ARP, Novell RIP, SAP and LSP.
Adjustable bandwidth allocation.
**Software Upgrades:** Downloadables over the network or serial port.

### Management

**Management Interfaces:** SNMP; Web browser-based manager; text-based menu system, serial port, or Telnet via RF, serial and Ethernet.
**SNMP Agents:** Version 1 RFC 1213, 1493, (IEEE 802.11 ID MIB), Enterprise MIB
**SNMP Traps:** Cold start, link up, link down, authorization violation.
**Physical Management Connections: Phone line via customer-supplied modem:** Ethernet; wireless network; direct cabled connection/DB9 plug, requires customer-supplied null modem cable.

### Environment

**Operating:** Standard Unit -20° to 65°C (-4°F to 149°F)
**Storage Temperature Range:** -40° to 70°C (-40°F to 158°F)
**Humidity (Non-Condensing):** 10 to 90% relative humidity, non-condensing

### Accessories

- Mounting Brackets
- Serial Console Cable
- Wide selection of RF Antennas and Cables

### Regulatory Approvals

FCC Part 15.247 Certified
Canada RSS 210 Certified
ETS 300 328 Type Approved
EN 55022 / CISPR 22 Class B
FCC Part 15 & ICES-003 Class A
SCT Certification, NOM-EM-121, pending
AS 3548, C tick Marked
Compliant with all European Directives, CE Marked (prETS 300 826)
UL Listed, C22.2 II 950
TÜV Licensed, EN 60950
NYCE Certified, NOM 19

### Restrictions On Use

Some approvals and features may vary by country and may change without notice. Please check with your local Intermec sales office for further information.

Intermec reserves the right to make changes without notice to any products herein for any reason at any time, including but not limited to improving the reliability, form, fit, function or design. Please contact Intermec for a current price list and availability.




**North America**
Corporate Headquarters
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

Systems & Solutions
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

Media Supplies
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Europe/ Middle East & Africa**
Headquarters
Sovereign House
Vastern Road
Reading, Berkshire RG1 8BT
United Kingdom
tel: +44.118.987.9400
fax: +44.118.987.9401

Gothenburg
Idrottsvägen 10
P.O. Box 123
SE-431 22 Mölndal
Sweden
tel: +46.31.869500
fax: +46.31.869595

**Asia/ Latin America**
Hong Kong
26-12 Shell Tower
Times Square
1 Matheson Street
Causeway Bay
Hong Kong
tel: 852.2574.9777
fax: 852.2574.9725

Singapore
25-16 International Plaza
10 Anson Road, 079903
tel: 65.324.8391
fax: 65.324.8393

Australia
Level 7, 200 Pacific Highway
Crows Nest NSW 2065
Australia
tel: 61.2.9901.2065
fax: 61.2.9954.6300

South America and Mexico
17921 B Skypark Circle
Irvine, California 92614
tel: 949.442.9393
fax: 949.757.1687

**Worldwide Fax Document Retrieval Service**
800.755.5505
(North America Only)
tel: 650.556.8447

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2001 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A. 608429-01E 10/01

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.