

**Product Profile**



## INTERMEC® 6650 MOBILE COMPUTER

- Built to withstand harsh environments

- Integrated wireless communications solutions with optional remote antenna switch

- SVGA all-light readable display
  – 10.4" Color or
  – 9.8" Monochrome

- Pentium® II processor @ 333 MHz

- 32MB RAM, expandable to 128MB

- 12GB hard disk drive

- 96MB or 256MB solid state drive, optional

- Windows® 2000

- Type II and Type III PC card slots available

- Integrated GPS receiver, optional

- Integrated 802.11b radio, optional

- ntegrated Ethernet

- Integrated USB

- Flexible, user selectable I/O connector panels

- Complete line of peripherals and accessories

### The Ultimate Solution

The Intermec™ 6650 industrial mobile computer combines ruggedized portability with Pentium® PC performance. It provides a platform for the latest Windows® applications and maximum power in a mobile, pen-based unit. The large, easy-to-read displays offer the option of all-light readable full-color or monochrome viewing.

### Powerful Portability

The Intermec 6650 weighs just six pounds, yet features a powerful 333MHz Pentium II processor. This compact unit gives the user the functionality of Windows® 2000 in a portable device that is built to withstand heavy day-to-day outdoor use.

### Advanced Communication Capabilities

The Intermec 6650 is designed to incorporate the options that are best suited to your needs — whether wired or wireless, WANs or LANs. Wireless radios, GPS, and 802.11b receivers can be easily integrated into the 6650, and they will be properly power managed and sealed within the unit. A unique remote antenna switch capability provides the option of changing from the 6650's local antenna to a greater-range external antenna.

### A Smart Investment

The Intermec 6650 is designed with flexibility and the future in mind. The integrated USB port allows connection to an ever-growing list of peripheral devices. The connectors on the tablet are provided through a changeable I/O panel. RAM memory and hard drive capacity can be easily increased.

### Driving Business with Mobile Computing

The Intermec 6650 lets you place the power of information in the hands of your frontline workers, and is the latest in a long line of products from Intermec that can help you drive business with mobile computing.

### WAN/LAN Communications
Wireless connectivity is provided by integrating Wide Area Network radio modules for the Mobitex, 802.11b, CDPD or GSM systems, leaving the two PC card slots available for the 2.4GHz LAN radio and other PC card options. In addition, the radios are power managed to maximize the battery discharge cycle in the mobile environment.

Internal cabling utilizes the "local" antennas mounted on the 6650 and "remote" mounted antennas, via the optional integrated remote antenna switch.

All optional radios are available through the sealed access door on the rear of the 6650.

### Connectivity
The 6650 has a unique Input/Output panel on the top of the unit for peripheral connectivity. Since most users have specific connector requirements for their particular system, the I/O panel can be selected to contain 2 or 3 of the more popular I/O connectors. There are three I/O panels offered:
  I/O Panel 1: PS/2, RJ45 & DB9
  I/O Panel 2: RJ11, RJ45 & DB9
  I/O Panel 3: DB25 & Audio

### Headset
In addition, a dedicated USB (Universal Serial Bus) connector is located on the upper right side of every 6650.

### Capacitive Touch Panel
The 6650 is equipped with the latest in capacitive touch panel technology. This touch panel consists of a top layer of hardened glass with an embedded conductive layer behind it that is connected to a controller circuit. The controller can sense the presence and location of a minute current flow through the glass from the pen tip.



The wired tether completes the circuit from the pen back to the controller circuit. A finger may also be used but will always be overridden by the pen, which is the preferred method of interfacing with the touch panel.

## 6650 DOCKING SYSTEM

**Full Featured Dock** (bottom view)

Labels:
- Switched GPS Antenna
- Switched WAN/LAN Antenna
- Vehicle Power 12 VDC IN
- COM1 Serial DB9
- Parallel DB25
- Keyboard PS/2
- Ethernet RJ 45
- USB
- Auxillary I/O DB15
- AC Adapter 18 VDC IN

### Dock Ruggedness
To achieve maximum product life of the 6650 and its dock, both have been equipped with a gold-plated, surface-contact mating connector. This will alleviate unnecessary wear-and-tear to the respective docking contacts. The use of surface contacts also eliminates potential alignment problems, as experienced with multi-pin connectors.

The positive and negative power input docking connectors are actually two large gold-plated pin connectors that not only handle the required DC operating/charging current for the docked computer, but also act as guide pins for the antenna connectors when the dock's front push-bar is engaged.

## 6650 DOCKING SYSTEM

| 6650 Vehicle Dock Configurations | Serial 9 Pin D-sub | Parallel 25 pin D-sub | USB 4 pin | Auxiliary I/O 15 pin | PS/2 6 pin DIN | Remote Antenna TNC | Input Power 1 pin | Input Power 3 pin | Ethernet RJ45 |
|---|---|---|---|---|---|---|---|---|---|
| Basic-featured | 1 | – | 1 | – | 1 | Optional | – | 1 | – |
| Full-featured | 1 | 1 | 2 | 1 | 1 | Optional | – | 1 | 1 |

| 6650 In-Premise Dock Configurations | Serial 9 Pin D-sub | Parallel 25 pin D-sub | USB 4 pin | Auxiliary I/O 15 pin | PS/2 6 pin DIN | Remote Antenna TNC | Input Power 1 pin | Input Power 3 pin | Ethernet RJ45 |
|---|---|---|---|---|---|---|---|---|---|
| Basic-featured | – | – | 1 | – | 1 | Optional | 1 | – | 1 |
| Full-featured | 1 | 1 | 2 | 1 | 1 | Optional | 1 | – | 1 |

| 6650 Vehicle Dock Configurations | Serial 9 Pin D-sub | Parallel 25 pin D-sub | USB 4 pin | Auxiliary I/O 15 pin | PS/2 6 pin DIN | Remote Antenna TNC | Input Power 1 pin | Input Power 3 pin | Ethernet RJ45 |
|---|---|---|---|---|---|---|---|---|---|
| Basic-featured | 1 | – | 1 | – | 1 | Optional | – | 1 | – |

**Dock Configuration Table**

Engaging the dock's front push-bar and its locking mechanism in turn engages these power pins into the docked computer. This keeps the computer and the corresponding dock connector contacts firmly seated against each other for reliable mechanical and electrical connections. In addition, the dock connector assembly is allowed to float with the computer, thus eliminating stresses on the pins, despite vehicle vibrations.

**Docking Solutions**
The Intermec 6650 mobile computing system offers a series of compact and versatile docks for both vehicular and in-premise mounted installations. Each dock can also be selected with a basic or full-featured I/O connector configuration. The I/O mix for the various dock versions is defined in the 6650 dock configuration table and provides maximum configurability and easy system expansion.

The design and installation of the actual vehicle pedestal mounts for various vehicles are provided by third party vendors who are specialists in this field. Intermec maintains a list of these third party vendors, which is available from your sales team. Intermec also offers various mounting adapter plates that allow installation of the Intermec 6650 docks to these pedestal mounts, if required.

**Unique Remote Antenna Switch**
The Intermec 6650 dock also features a remote antenna switch option, which transparently switches the 6650 integrated radio from the unit's local antenna to a remote mounted vehicle antenna.

The remote antenna mounted outside the vehicle provides greater radio range than the local antenna operating from within the metal vehicle cab. This, in turn, ensures that valuable information is not lost during data transmission due to loss of the radio signal.

**Auxiliary Input/Output Port**
The integrated design characteristics of the Intermec 6650 and its docking station make this a truly unique solution. That is, the 6650 computer always knows when it is docked or undocked so that it can control such critical functions as battery charging and the optional remote antenna switch.

Additional system status information is available for system developers/integrators through the auxiliary input/output port. The Intermec 6650 15-pin Aux I/O port has four general purpose digital output (control) signals and four general purpose digital input (monitor) signals that can be utilized for such tasks as controlling and monitoring external circuits.

