**INTERMEC® 6650 MOBILE COMPUTER**

## Physical Characteristics
**Length:** 24.1cm (9.5")
**Width:** 30.5cm (12.0")
**Depth:** 5.3cm (2.1")
**Weight:** 2.7kg (6.0lbs) with battery

## Environment
**Operating Temperature:**
-20° to 50°C (-4° to 122°F)
**Storage Temperature:**
-30° to 70°C (-22° to 158°F)
**Relative Humidity:**
90% (non-condensing)
**Rain Resistance:** IEC 529,
IP53 classification

## Operating System
**Windows® 98 or Windows™ 2000**

## Microprocessor
**Pentium® II@333**MHz

## Memory
32MB RAM standard
Upgradeable to 64MB/128MB

## Internal Storage
6GB Hard Disk Drive Standard
Upgradeable to 12GB HDD or larger
96MB or 256MB solid state drive,
optional

## PC Card Slots
1 Type II
1 Type III
Radios are integrated serial modules,
so they do not use PC card slots

## Display
800 x 600 resolution
**Monochrome:** 9.8" SVGA
**Color:** 10.4" SVGA, all light readable

## Power
Intelligent LiIION battery with fuel
gauge
Hot-swappable during suspend mode
AC adapter
Auto adapter
Single Pack Charger

## Keypad
Integrated function keys at base of
touchscreen
User Interface
Capacitive stylus

## Connectivity
USB
**I/O panels:**
Panel 1: PS/2, RJ45, DB9
Panel 2: RJ11, RJ45, DB9
Panel 3: Audio headset, DB25

## Communications/Navigation
GPS
CDPD
Mobitex
GSM
802.11b
Integrated Ethernet
Wireless LAN
Landline modem

## Accessories
AC adapter
Auto adapter
Carrying case
Shoulder strap
Single pack charger

## Model
**Vehicle/In-premise Docks**
 –Basic feature vehicle
 –Full feature vehicle
 –Basic feature in-premise
 –Full feature in-premise
**Port Replicator**
 –Compact
 –I/O Ports
 –Power Input

## Physical Characteristics
**Length:** 21.6cm (8.5")
**Width:** 10.2cm (4.0")
**Height:** 20.3cm (8.0")
**Weight:** 1.8kg (4.0 lbs)

## Regulatory Approvals
FCC, Class B; UL1950; CUL; CISPR; CE
Mark

## Hardware Evaluation Kits and Software Developer's Tool Kits
**Hardware Kit includes:**
 – Basic with battery
**Software Kit includes:**
 – Tool kit CD
 – Technical documentation

## Warranty
1 year, extended warranty available

## Note
Some approvals and features may vary
by country and may change without
notice. Specs may vary based upon the
specific configuration or features
selected. Please check with your local
Intermec sales office for further
information.

**North America**
Corporate Headquarters
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

Systems & Solutions
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

Media Supplies
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Europe/ Middle East & Africa**
Headquarters
Sovereign House
Vastern Road
Reading, Berkshire RG1 8BT
United Kingdom
tel: +44 118 987 9400
fax: +44 118 987 9401

Gothenburg
Idrottsvägen 10
P.O. Box 123
SE-431 22 Mölndal
Sweden
tel: +46.31.869500
fax: +46.31.869591

**Asia Pacific/ Latin America**
Hong Kong
26-12 Shell Tower
Times Square
1 Matheson Street
Causeway Bay
Hong Kong
tel: 852.2574.9777
fax: 852.2574.9725

Singapore
25 '16 International Plaza
10 Anson Road, 079903
tel: 65.324.8391
fax: 65.324.8393

Australia
15 Stamford Road
Oakleigh, Victoria 3166
tel: 61.3.9563.0000
fax: 61.3.9563.4000

South America and Mexico
2572 White Road
Irvine, California 92614
tel: 949.975.1905
fax: 949.975.1913

**Worldwide Fax Document Retrieval Service**
800.755.5505
(North America Only)
tel: 650.556.8447

Internet
www.intermec.com

Sales
800.347.2636
(toll free in N.A.)
425.348.2726

Service and Support
800.755.5505
(toll free in N.A.)
425.356.1799

Copyright © 2001 Intermec
Technologies Corporation. All
rights reserved. Intermec is a
registered trademark of Intermec
Technologies Corporation. All
other trademarks are the
property of their respective
owners. Printed in the U.S.A.
611172-01A 03/01

In a continuing effort to improve
our products, Intermec
Technologies Corporation
reserves the right to change
specifications and features
without prior notice.

PEN TABLET COMPUTER 6651

## Physical Characteristics
**Length:** 21.3cm (8.4")
**Height:** 2.83cm (1.1")
**Width:** 14.0cm (5.5")
**Weight:** 860grams (1.9lbs.)

## Power
**Battery Type:** 1800 mAh Lithium ION battery pack, (2) Lithium coin backup batteries
**Battery Life:** 8 hours typical use, 4 hours continuous use
**Power Management:** Suspend/Resume
AC Adapter: 100 – 240V, 50-60Hz input
Battery Recharge Time: 2.5 hours

## Hardware
**Memory Standard:** 32MB SD RAM, 24MB Masked ROM
**Microprocessor:** Toshiba 129 MHz MIPS CPU (TX3922) with cache write back function
**Interfaces:** USB, PCMCIA Type II slot, Type II Compact Flash slot, Serial / VGA/Monitor, IrDA 1.1 (4Mbps), Integrated V.90 modem (56k), Headphone jack
**Control Panel:** Launcher, two customer defined function keys, one touch access to InkWriter, Mail, Explorer, Internet connection, backlight adjustment, and 180 degree screen rotation
**Display:** Color TFT Active Matrix LCD, 800x480 pixels, 0.192 dot pitch, 64K colors
**Viewing Area:** 18cm (7.1") diagonal
**Keyboard:** 79 key keyboard

## Movie/Still Camera
Rotatable, 350,000 pixel CMOS with multimedia gallery

## Special Buttons & LEDs
On/Off, Camera shutter, web surfing, e-mail receipt, 10 icons on display, charging LED, e-mail receipt LED

## Software
**Operating System:** Microsoft Windows for HandHeld PC 2000
**Pre-Installed Software:** Terminal Server Client -Thin Client Computing
This integrated thin client turns your Handheld PC into a Windows-based Mobile Terminal. When away from your office, you can now access full-function desktop applications, when connected to Microsoft Windows 2000 Terminal Services. You can connect over both wired and wireless LANs, or dial-up connections. When the Mobile Terminal is disconnected, you can still access local data and applications.
**Microsoft Internet Explorer for H/PC** - compatible with IE 4.0 on desktop
Windows Media Player - supports both WMA (Windows Media) and MP3 formats
Microsoft Pocket Outlook (Inbox, Contacts, Calendar, Tasks)
Microsoft Pocket Word, Microsoft Pocket Excel, Microsoft Pocket PowerPoint, Microsoft Pocket Access, Microsoft InkWriter, Microsoft ActiveSync, PC Link, MPEG-4 Camera Viewer, Movie Player, Movie Gallery, Image Editor

## Wireless LAN Characteristics
**Radio Type:** Supports standard W-LAN PC cards, such as 802.11b, High Rate 2.4 GHz Radio and OpenAir 2.4 GHz Radio

## Accessories
Stylus, keyboard cover, battery pack, AC adapter, serial (ActiveSync) & monitor cables

## Environment
**Operating Temperature:**
5° to 40°C (41° to 104°F)
**Storage Temperature:**
-20° to 50°C (-4° to 140°F)
**Recharging Temperature:**
5° to 40°C (41° to 104°F)
**Humidity:** 0% to 95% non-condensing

## Regulatory Approvals
**EMC: FCC Part 15 / ICES**-003 / CISPR 22 Class B (Class B with LAN radio pending); EMC Directive 89/336/EEC (CE Marked) (Does not include internal modem) (CE Mark with LAN radio pending); AS 3548 (C-Tick Mark) (Does not include internal modem) (C-Tick Mark with LAN radio pending)
**Safety**
**AC Adapter:** UL Listed, CSA, TÜV/GS
**Computer:** UL Listed – UL 1950 / CSA C22.2, No 950; Low Voltage Directive 72/32/EEC (IEC 950) (Does not include internal modem); NYCE NOM 019 pending (Does not include internal modem)
**Modem :** FCC Part 68; Industry Canada ICE 03

## Note
Some approvals and features may vary by country and may change without notice. Please check with your local Intermec sales office for further information.

For more information on the Handheld PC 2000, visit Microsoft's Mobile Devices web site (www.microsoft.com/mobile/hpc/default.asp)





**North America**
Corporate Headquarters
6001 36th Avenue West
Everett, Washington 98202
tel: 425.348.2600
fax: 425.355.9551

Systems & Solutions
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3459

Media Supplies
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Europe/ Middle East & Africa**
Headquarters
Sovereign House
Western Road
Reading, Berkshire RG1 8RB
United Kingdom
tel: +44.118.987.9400
fax: +44.118.987.9401

Gothenburg
Idrottsvägen 10
P.O. Box 123
SE-431 22 Mölndal
Sweden
tel: +46.31.869500
fax: +46.31.869595

**Asia/ Latin America**
Hong Kong
26-12 Shell Tower
Times Square
1 Matheson Street
Causeway Bay
Hong Kong
tel: 852.2574.9777
fax: 852.2574.9725

Singapore
25-16 International Plaza
10 Anson Road, 079903
tel: 65.324.8391
fax: 65.324.8393

**Australia**
Level 7, 200 Pacific Highway
Crows Nest NSW 2065
Australia
tel: 61.2.9901.2065
fax: 61.2.9954.6300

South America and Mexico
2572 White Road
Irvine, California 92614
tel: 949.975.1905
fax: 949.975.1913

**Worldwide**
Fax Document Retrieval Service
800.755.5505
(North America Only)
tel: 650.556.8447

Internet
www.intermec.com

Sales
800.347.2636
tel: 425.348.2726

Service and Support
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2001 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A. 609129-01E 05/01

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.

*Intermec*



## Product
### Profile

- High Performance

- Integrated Camera

- Unique "fold-over" display offers both clamshell and pen tablet usage

- Bright, crisp resolution color display for easy viewing

- Productivity Applications: Microsoft Pocket Office applications such as Mail, Calendar, Tasks, Word, PowerPoint, Excel and Access as well as Pocket Internet Explorer

- Supports the New Microsoft Handheld PC 2000

- Thin client capability

## 6651 PEN TABLET COMPUTER

### High Performance

The 6651 Windows CE, Handheld PC (H/PC) computer is an ideal mobile desktop PC companion for mobile enterprise applications. The high performance 6651 also provides the flexibility to use it as a notebook, or as a pen tablet computer. Based on the Windows CE operating system, the 6651 is pre-installed with PIM (Personal Information Management) applications to boost user productivity. The 6651 also offers an integrated CMOS camera, a bright, crisp, fold-over display, and VGA output making it the perfect communications and presentation tool in the field.

### Unique Display Characteristics

The display on the 6651 has a viewing area of 7.1" with Color TFT Active Matrix LCD and 64K colors. The unique fold-over design is great for notebook or tablet operation. The 6651 is great for taking inventory, conducting inspections and recording orders or other information in the field.

### Integrated Photography

The 6651 offers versatile application options with its integrated 350k pixel digital camera for movie or still photography. Additionally it is a smart investment for all types of business, from insurance and government/emergency agencies to warehousing, where the ability to document inspections is a vital everyday task.

### Impressive Power Capacity

The Intermec 6651 has 32 MB RAM, a high performance Toshiba 129 MHz MIPS processor and a Lithium ION battery pack which covers a typical 8-hour workday and recharges in 2.5 hours. Wireless LAN connectivity adds functionality to this powerful computer.

### Preinstalled Software for Added Productivity

The 6651 includes the Microsoft Terminal Server Client. This integrated thin client turns the 6651 into a Windows based mobile terminal. You can now access full function desktop applications from the 6651.

You'll appreciate the extensive offering of preinstalled software with the 6651 that ensures productivity right out of the box. In addition to Microsoft Pocket Word, Pocket Excel, Pocket Access and Pocket PowerPoint, there's also PIM (Personal Information Management) applications such as Pocket Outlook for added productivity with calendar, contacts, tasks and notes.

*Intermec*