

# Product
## Profile

- Modular design minimizes operator visual obstruction

- Small size and flexible mounting

- Shock, temperature and environmental protection

- Configurable according to user requirements

- Supports industry standard communications and 2.4 GHz or 802.11b 11Mbps radio



## 2455 VEHICLE MOUNT COMPUTER

The 2455 is a versatile, high performance and economical solution for data collection applications using industrial vehicles such as forklift trucks and stock pickers.

The two piece design of the terminal allows the operator to separate the display and keyboard or conventionally mount as one unit. The modularity and small size easily adapts to space constraints common with today's smaller forklifts. Unique bracket design on the terminal provides unlimited viewing angle and positioning choices.

Industrial casing protects the terminal from dust, dirt and rain. The 2455 can tolerate very cold temperatures outdoors or usage in freezers. Wide ranging power supply options make installation in virtually all industrial vehicles easy. The 2455 is built to sustain real-world conditions such as constant shock, vibrations and power fluctuations common to industrial vehicles.

The terminal integrates with most common host environments, either directly to the network, or through a data collection server which provides additional network management benefits. IBM and VT terminal emulation eliminates the need to re-program host applications. In addition, TCP/IP network support provides similar ease of integration in client/server environments.

The 2455 incorporates 2.4 GHz and 802.11b 11Mbps radio support for wide area coverage and interference immunity and interoperability with other WLI Forum OpenAir products.



**2455 VEHICLE MOUNT COMPUTER**

### Physical Characteristics
**Display Unit:** 28.4 x 15.2 x 10.7cm (11.2" x 6" x 4.2") 4.04kg (8.9lbs)
**Keyboard:** 28.4 x 10.4 x 4.3cm (11.2" x 4.1" x 1.7") 1kg (2.2lbs)
**Power Supply:** 16.5 x 11.4 x 2.5cm (6.5" x 4.5" x 1") .73kg (1.6lbs)

### Environment
**Operating Temperature:**
**Standard Unit:** -10° to +50°C (14° to 122°F)
**Cold Temperature Option:** -30° to +50°C (-22° to 122°F)
**Storage Temperature:** -20° to 60°C (-4° to 140°F)
**Humidity:** 10 to 90% non-condensing
**Shock & Vibration:** Vibration tested to SAE J-1399 Class 2, MIL STD 810D
**Sealing:** Sealed against dust and moisture to IP66

### Power
**Primary:** 12V to 80VDC universal power supply with surge, over-voltage, and reversal protection
**Memory Backup:** Rechargeable NiCad

### Memory
**RAM Memory:** 1MB
**Non-volatile Memory:** 2MB Option for 2MB additional, 4MB total
**Extended Storage:** 2, 4MB SRAM

### Interfaces
**Local Device Communications:**
Auxiliary RS-232
**Laser Scanners:** 10-pin connector for use with Intermec cabled & wireless laser scanners
- Optical Serial Interface
- RS232-C up tp 38.4 baud
- XMODEM, YMODEM for data transfer
- Supports Configurable Serial Protocol and XON/OFF

### Display
**Full Screen:** 25 lines by 80 characters or configurable oversized characters including 13 x 80, 25 x 40, or 13 x 40
**Display Options:** Transmissive LCD CGA display for standard environments
EL (electroluminescent) CGA display for cold or bright locations

### Keyboard
**Layout:** ABCD keyboard layout with five function keys, oversized numeric keypad
- F1-F10 function keys also available on display unit
- Standard PC-AT keyboard interface for optional keyboards (req. adapter cable)
- Options for U.S. Multilingual, European, IBM 5250, IBM 3270, and ANSI/VT

### Software
**Programmable:** Microsoft C
**Terminal Emulation:** IBM 3270 and 5250 SNA and TELNET, ANSI/VT, TN5250, TN3270, Screen Mapping
**Web-based:** dcBrowser™ for HTML applications

### Connectivity
- DHCP Client
- Direct TCP/IP Support
- Sockets interface or terminal emulation
- Network Ethernet or Token Ring

### Integrated RF Module
**Frequency:** 2.4 GHz frequency band, actual frequencies in use vary by country
WLI Forum OpenAir
**Type:** Frequency Hopping Spread Spectrum
**Data Rate:** 1.6 Mbps, .8 Mbps fallback
**Range*:** From 1500+ ft (450+ m) to 500 ft (150 m) depending on environment

### IEEE 802.11b Wi-Fi Certified
**Type:** Direct Sequence Spread Spectrum
**Data Rate:** 11/5.5/2/1 Mbps with Auto fallback for increased range
**Range* at 1 Mbps:** From 1750 ft (533 m) to 165 ft (50 m) depending on environment
**Range* at 11 Mbps:** From 525 ft (160 m) to 80 ft (24 m) depending on environment
**Security:** Wired Equivalent Privacy (WEP) - 64 or 128 bit encryption
*Unlimited range with roaming

### Host Support via DCS 300 Server
**Host Environment:** IBM AS400, S/390, Digital, HP, Unix, Windows NT
**Connectivity:** Ethernet, Token Ring, 100BaseT, Twinax, Coax, SDLC
**Communications:** TCP/IP, SNA

### Accessories
Desktop stand, Desktop power supply, User's Manual, Programmer's Software Kit (PSK)

### Regulatory Approvals
FCC - Part 15.247 Certified, Canada - RSS 210 Certified, ETS 300 328 Type Approved, EN 55022 / CISPR 22 Class B, FCC Part 15 & ICES-003 Class A, SCT Certified, NOM - EM-121, AS 3548 - C tick Marked, Compliant with all European Directives, CE Marked (ETS 300 826), UL Listed, UL 1950, C22.2 #950 & IEC 60529- IP54, TUV GS Licensed, EN 60950 & EN 60529 - IP54, NYCE Certified, NOM 19

Intermec reserves the right to make changes without notice to any products herein for any reason at any time, including but not limited to improving the reliability, form, fit, function or design. Please contact Intermec for current price list and availability.


The Standard for Wireless Fidelity.

**North America**
**Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/Middle East & Africa Headquarters**
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
**Asia Regional Office**
26-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

**Intermec International Inc**
14 Floor, IBM-Pacific Century Place
2A Workers Stadium
Chaoyang District, Beijing 100027
P.R. China
Tel: +86 (010).6539 1012
Fax +86 (010).6539 1025

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4409
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda
Rua Arandu 1544-15 andar
Edificio Itavera
Brooklin Novo 04562-031
Sao Paulo, SP
Brazil
tel: 55.11.5501.2070

Intermec Technologies de Mexico
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Worldwide**
**Fax Document Retrieval Service**
800.755.5505
(North America Only)
tel: 650.556.8447

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A. 613030-01E 04/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.


*Intermec* expect MORE™



## Product Profile

- Compact and economical solution for industrial vehicle mount applications

- Standard development and connectivity tools enable rapid deployment and maximize return on investment

- IEEE 802.11b RF connectivity delivers real-time supply chain information for manufacturing, warehousing, distribution and retail applications

- Wi-Fi™ compliance ensures interoperability and investment protection

- Fast and easy integration options for terminal emulation, client/server, or browser-based applications



## 2475 VEHICLE MOUNT TERMINAL

The 2475 is a versatile, high performance and economical terminal for real-time data collection applications using industrial vehicles such as forklift trucks and stock pickers. It is ideally suited for applications such as receipts, cross docking and shipping.

Built to last with a compact die cast aluminum case, the 2475 complies with environmental IP54. The 2475 terminal is designed to withstand the punishments of the typical warehouse application such as constant shock, vibration and power fluctuations common to industrial vehicles. Beyond its ruggedness, the 2475 incorporates the latest IEEE 802.11b Wi-Fi certified radio for premium wireless LAN performance to deliver timely and accurate data for mission critical manufacturing systems.

With the 2475, applications can be developed using industry standard language tools; no proprietary languages to learn and support. The task is even quicker with EZBuilder™, a rapid application development and prototyping tool that requires no programming language expertise at all. The flexible architecture of the 2475 includes integration options for terminal emulation, client/server, or browser-based applications. And as a member of the 2400 family, the 2475 can utilize software that has been deployed to other 2400 terminals, such as the 2435 or 2415 handheld computers without modification.

As with all 2400 series terminals and computers, the 2475 supports the IEEE 802.11b and TCP/IP standards, and can be factory configured with VT/ANSI or IBM terminal emulation. All 2400 series computers support Microsoft® C/C++ programming for client/server applications, in addition to text based browsing via Intermec's acclaimed dcBrowser™, and terminal emulation via Intermec's TE2000 client application.

Additional options for the 2475 include a variety of cabled and wireless laser scanners, wands, up-to 2 MB of additional Flash memory and 2 or 4 MB SRAM for extended programs and data storage.

