**2475 VEHICLE MOUNT TERMINAL**

### Physical Charateristics
Length: 27.1cm (10.7in)
Height: 26.5cm (10.4in)
Width: 9.7cm (3.8in)
Weight: 4.7kg (10.5lb)

### Standard Features
- Wireless connectivity
- Compact, industrial design
- Robust data collection
- Flexible, open connectivity
- Rapid application development

### Power
**Supply:** Primary – 12V to 80VDC universal power supply with surge, over-voltage, and reversal protection.
**Battery Type:** Memory backup – Rechargeable NiCad

### Hardware
**Memory:** RAM Memory – 1MB Non-volatile memory, 2MB option for 2MB additional, 4 MB total.
**Extended Storage:** 2, 4MB SRAM
**Interfaces:** Local Device Communications, Auxiliary RS-232
**Laser Scanners:** Sealed connector for use with Intermec cabled & wireless laser scanners
**Display:** CGA compatible LCD with backlight. 12 lines by 40 characters per line display up to 24 lines.
**Keyboard:** Alphanumeric, 59 keys elastomeric; Qwerty layout; 5 separate fucntion keys. Options for IBM 5250, IBM 3270 and ANSI/VT layouts.

### Software
**Development Environments:**
Microsoft C/C++
**Terminal Emulation:**
IBM 3270, 5250, TN5250, TN3270 and ANSI/VT VT100, VT220, VT320

### Connectivity
Serial Data Support
RS232-C up to 38.4 baud
XMODEM, YMODEM for data transfer
Supports Configurable Serial Protocol and XON/OFF

### Host Support Direct Connect
**Host Environment:** IBM AS/400, S/390, Digital, HP, UNIX with Telnet Services
**Connectivity:** 2.4 GHz wireless
**Communications:** TCP/IP, DHCP Supported
**Terminal Emulation:** TN 5250, TN 3270, VT/ANSI

### Host Support via DCS300 Gateway
**Host Environment:** IBM AS/400, S/390, Digital, HP, UNIX
**Connectivity:** 10/100 Mbps Ethernet, Token Ring, Twinax, Coax, SDLC
**Communications:** TCP/IP, SNA, TCP/IP socket pass through
**Terminal Emulation:** IBM SNA 5250, 3270, TN5250, TN3270, ANSI/VT

### Accessories
Desktop power supply, User's Manual, Programmer's Software Kit (PSK)

### Environment
**Operating Temperature:** -10" to +50°C (14° to 122°F)
**Storage Temperature:** -20° to +60" C (-4 to 140°F)
**Humidity:** 10 to 90% non-condensing
**Shock and Vibration Protection:** Vibration tested to exceed MIL STD 810D
**Rain and Dust Resistance:** Sealed against dust and moisture to IP54

### Wireless LAN Characteristics
**IEEE 802.11b Wi-FI Certified**
**Type:** Direct Sequence Spread Spectrum
**Data Rate:** 11/5.5/2/1 Mbps with Auto fallback for increased range
**Range* at 1 Mbps:** From 1750ft (533m) to 165ft (50m) depending on environments
**Range* at 11 Mbps:** From 525ft (160m) to 80ft (24m) depending on environment
**Security:** Wired Equivalent Privacy (WEP) –64 or 128 bit encryption
*Unlimited range with roaming

### Regulatory Approvals
FCC – Part 15.247 Certified, Canada – RSS 210 Certified, TÜV GS Licensed, ETS 300 328 - ETS 300 328 Type Approved, EN 55022/CISPR 22 Class B, FCC Part 15 & ICES-003 Class A, SCT Certified NOM-EM-121, AS 3548 – C tick Marked, Compliant with all European Directives - RTTE, EMC and low voltage directives, CE Marked (EN 300 489-01)- ETS 300 826, UL Listed, UL 1950, C22.2 #950 & IEC 60529-IP54, TUV Licensed, EN 60950 & EN 60529 – IP54, NYCE Certified, NOM 19

### Restrictions On Use
Intemec reserves the right to make changes without notice to any product herein for any reason at any time, including but not limited to improving the reliability, form, fit, function or design. Please contact Intermec for current price list and availability.



*Intermec* expect MORE™

**North America**
Corporate Headquarters
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

Systems & Solutions
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

Media Supplies
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/Middle East & Africa**
Headquarters
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
Asia Regional Office
26-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

Intermec International Inc
14 Floor, IBM-Pacific Century Place
2A Workers Stadium
Chaoyang District, Beijing 100027
P.R. China
Tel: +86 (010).6539 1012
Fax: +86 (010).6539 1025

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda.
Rua Arandu 1544-15 andar
Edificio Itavera
Brooklin Novo 04562-031
Sao Paulo, SP
Brazil
tel: 55.11.5501.2070

Intermec Technologies de Mexico
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Worldwide Fax Document Retrieval Service**
800.755.5505
(North America Only)
tel: 650.556.8447

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A.
611122-01B 03/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.



### Product Profile

- Open systems
- Faster implementation and support
- Compact, rugged design
- Investment protection through modular design
- Lower overall lifetime cost of ownership
- Wireless LAN connectivity with WiFi certified 2.4 GHz 802.11b (11Mbps) and OpenAir
- Wireless scanning



## 5055 VEHICLE MOUNT/ STATIONARY COMPUTER

The rugged Intermec 5055 vehicle mount and stationary computer is designed for data collection applications in warehousing and distribution, manufacturing, transportation, and customer service. The 5055 is engineered to make data collection a seamless part of the enterprise with your choice of operating systems, currently including Microsoft® Windows 2000, NT, 95 and MS-DOS.

State of the art development tools, such as Visual C++, Visual Basic, Java, and HTML, can be used with the 5055. A user accessible hard drive and two PC card slots provide investment protection by making upgrades, service and support fast and easy.

The 5055 modular design allows efficient operations and support by allowing convenient swap-out of radios and hard drives, permitting on-site personnel to upgrade hardware.

Touch screen graphics and capabilities allow visual presentation of data and work direction while easy-to-use symbols and icons help navigate applications.

The 5055's space-saving housing allows convenient mounting to material handling equipment, trucks, manufacturing stations, and between dock doors. With a hardened, lightweight magnesium housing, the 5055 is resistant to shock, vibration and unstable power environments.

The 5055 was designed with capability in mind. The 5055 supports both 802.11b 11Mbps and OpenAir for wireless connection to your network. It supports Intermec's own wireless scanning system. The system can avoid inadvertent shutdowns and power loss with an uninterruptable power supply (UPS) on material handling vehicle. A unique recovery disk drive partition allows customers to re-image or recover corrupt drives.



**5055 VEHICLE MOUNT/STATIONARY COMPUTER**

**Physical Characteristics**
Height: 23.5 cm (9.3")
Width: 30.5 cm (12")
Depth: 5.5 cm-top (2.18")
9.4 cm-bottom (3.72")
Weight: 3.2-4.0 kg depending on configuration (lightweight, durable magnesium enclosure)

**Display**
Viewing Area: 26.4 cm (10.4")
Options: Color Active Matrix TFT
VGA: 640x480 pixels
SVGA: 800x600 pixels

**User Interface**
High resolution, resistive touch panel

**Environment**
Operating Temperature: -30° to 50° C (-22° to 122° F)
Storage Temperature: -35° to 70° C (-31° to 158° F)
Humidity: 0% to 95% non-condensing
Shock Vibration Protection: Withstands standard material handling vehicle environments
Rain and Dust: Sealed to IP54

**Power**
- Choice of two external DC/DC converters
- 6-36V DC for 12V systems (gas trucks)
- 15-96V DC for 24-72V systems (electric trucks)
- AC/DC Converter
- Uninterruptable power supply (UPS) for DC voltage

**Processor**
AMD 333 MHz

**Memory**
- 128MB
- 2MB Video RAM

**Operating Systems**
- Windows 2000
- Windows NT 4.0
- MS-DOS 6.22
- Windows 95

**Hard Drives**
- Solid state San Disk options for rugged, vehicle based applications
- Spinning hard disk option for stationary applications

**RF Options**
802.11b 2.4GHz (Direct Sequence Spread Spectrum)
100mW max output power
802.11b standard
100mW max output power
Data Speed: 11 Mbps
Coverage: > 80 m
OpenAir 2.4GHz (Frequency Hopping Spread Spectrum)
100mW max output power
Data Speed: 1.6 Mbps
Coverage: >80 m

**Antenna Options**
- Omni-directional on unit
- Remote patch antenna

**Network Connectivity**
10BaseT Ethernet on-board

**Application Connectivity**
- Supports terminal emulation applications with MS-DOS 6.22 operating system
- Supports standard Windows environment application development and connectivity

**Interfaces**
- 2 Serial ports supporting serial barcode scanners
- 1 enhanced parallel port
- 1 speaker/headset jack
- 1 microphone jack
- 1 PS/2 Keyboard connector (accepts locking standard PS/2 connectors)
- 1 Mouse connector
- Power connector
- On/Off switch

**Accessible Expansion Slots**
- One 6.4 cm (2.5") IDE drive bay
- Two Type II/Type III PC card slots

**PC Sound System**
- Dual speakers
- Speaker/Headset jack supports external speaker sound system
- SoundBlaster & Windows sound compatible
- Microphone jack

**Regulatory Approvals**
EMC: FCC Part 15/ICES-003/CISPR 22 Class B, EMC Directive 89/336/EEC (CE Marked), ETS 300 826, AS 3548 (C-Tick Marked)
Safety: UL Listed - UL 1950/CSA 22.2, No. 950; Low Voltage Directive 72/32/EEC (IEC 950); NYCE NOM 19 Certified
Radio Options: FCC, Industry Canada, SCT Approved, ETSI, R&TTE Directive compliant

**Accessories**
- Mounting kit
- Desktop adapter plate
- Optional rugged keyboards for DOS/PC
- VT220, 5250, 3270, and Native emulation
- Recovery/re-imaging CD-ROM

Intermec reserves the right to make changes without notice to any products herein for any reason at any time, including but not limited to improving the reliability, form, fit, function or design. Please contact Intermec for current price list and availability.

**North America**
Corporate Headquarters
6001 36th Avenue West
Everett, Washington 98203
tel 425.348.2600
fax 425.355.9551

Systems & Solutions
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel 319.369.3100
fax 319.369.3453

Media Supplies
9290 Le Saint Drive
Fairfield, Ohio 45014
tel 513.874.5882
fax 513.874.8487

**Europe/Middle East & Africa**
Headquarters
Sovereign House
Vastern Road
Reading, Berkshire RG1 8BT
United Kingdom
tel +44.118.987.9400
fax +44.118.987.9401

**Asia**
Hong Kong
2602 Convention Plaza
Office Tower
1 Harbor Road
Wanchai, Hong Kong
tel 852.2574.9777
fax 852.2574.9724

Singapore
25-16 International Plaza
10 Anson Road 079903
tel 65.324.8391
fax 65.324.8393

**Australia**
Level 7, 200 Pacific Highway
Crows Nest NSW 2065
Australia
tel 61.2.9492.4400
fax 61.2.9954.6300

**South America & Mexico**
Latin America Headquarters
17921 B Skypark Circle
Irvine, California 92614
tel 949.442.9393
fax 949.757.1687

Mexico
Tamaulipas 141, Primero Piso
06140 Mexico, D.F.
tel 525.55.211.1919
fax 525.55.211.8121

**Worldwide**
Fax Document
Retrieval Service
800.755.5505
(North America Only)
tel 650.556.8447

Internet
www.intermec.com

Sales
800.347.2636
(toll free in NA)
tel 425.348.2726

Service and Support
800.755.5505
(toll free in NA)
tel 425.356.1799

Copyright © 2002 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A. 608652-010 06/02

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.