



## Product Profile

- Compact, industrial design
- Robust data collection
- 2.4 GHz or 802.11b 11 Mbps radios for wireless models
- Industry standard development and connectivity tools
- Flexible application environments

## 2480 SERIES STATIONARY COMPUTER

The 2480 Series Stationary Terminal delivers timely, accurate data for mission critical manufacturing systems. With a compact metal case, environmental sealing and power protection, the reliable 248X handles the most punishing industrial plants. It's ideal for work in process tracking, labor collection, and time and attendance applications.

The 2480 Series Stationary Terminal includes two ports for bar code input devices and a serial port to connect a printer or scale. An optional integrated badge scanner, digital input/output and two additional serial ports accommodate the most demanding data collection requirements.

Choose Ethernet, wireless or serial connections to host computers. With the 2.4 GHz and 802.11b wireless models, you can easily change configurations of manufacturing work cells. The 2480 Series supports client/server and terminal emulation host environments. It's also compatible with Intermec CrossBar® networks.

The 2480 Series Stationary Terminal is programmable using industry standard, Microsoft® C/C++. Using standard tools you can dramatically reduce development time and cost for creating shop floor solutions.



**2480 SERIES STATIONARY COMPUTER**

### Physical Characteristics
**Height:** 24.4 cm (9.6")
**Length:** 27.2 cm (10.7"); 28.7 cm (11.3") with badge scanner
**Depth:** 9.9 cm (3.9")
**Weight:** 4.3 kg (9.5 lbs)

### Environment
**Operating temperature:** -20° to 50°C (-4° to 122°F)
**Storage temperature:** -20° to 60°C (-4° to 140°F)
**Humidity:** Non-condensing (0 to 95% RH)
**Sealing:** Die cast aluminum case. NEMA5/IP53 sealing for dust, moisture and splashing.

### Power
**Operating:** 95 - 250 volts AC, 50/60 Hz
**Power protection:** Handles 1 second dropouts
**Memory Backup:** Rechargeable NiCad battery pack

### Memory
**RAM:** 1MB Total
**Non-volatile memory:** 2MB; option for 2MB additional, 4MB total
**Extended Memory:** 2MB Flash; 2MB or 4MB SRAM

### Displays
CGA compatible LCD with backlight
**2480/85:** 4 lines by 40 characters per line
**2481/86:** 12 lines by 40 characters per line
Display up to 24 lines

### Keyboards
**Alphanumeric:** 59 key elastomeric; PC style QWERTY layout; 5 shiftable function keys
**Oversized function/numeric:** 35 key elastomeric; 10 separate function keys
**Time and Attendance:** 35 key membrane, 10 separate function keys
**Terminal Emulation:** templates for IBM 5250, IBM 3270 and ANSI/VT

### Input Ports
2 bar code input ports
**Digital input/output:** 4 optically isolated sense inputs; 4 two form C output relays, dry contacts
External speaker connection

### Bar Code Symbologies
Code 39, 2 of 5, Interleaved 2 of 5, Codabar, UPC/EAN, Code 128, Code 11, Code 93 and 93i, Plessey, MSI, Code 16K, PDF-417 supported using tethered scanner

### Wired Data Communication
**2480/81:**
**Ethernet:** 10BaseT
**Serial Ports:** RS-232, RS-232/422/485

### Integrated RF Module
**2485/86 Models**
**Frequency Band:** 2.4 GHz frequency band, actual frequencies in use vary by country
**WLI Forum OpenAir**
**Type:** Frequency Hopping Spread Spectrum
**Data Rate:** 1.6 Mbps, .8 Mbps fallback
**Range*:** From 1500+ ft (450+ m) to 500 ft (150 m) depending on environment

**IEEE 802.11b Wi-Fi Certified**
**Type:** Direct Sequence Spread Spectrum
**Data Rate:** 11/5.5/2/1 Mbps with Auto fallback for increased range
**Range* at 1 Mbps:** From 1750 ft (533 m) to 165 ft (50 m) depending on environment
**Range* at 11 Mbps:** From 525 ft (160 m) to 80 ft (24 m) depending on environment
**Security:** Wired Equivalent Privacy (WEP) - 64 or 128 bit encryption
* Unlimited range with roaming

### Host Support Direct Connect
**Host Environment:** IBM AS/400, S/390, Digital, HP, UNIX with Telnet Services
**Connectivity:** Ethernet, 2.4 GHz wireless, serial
**Communication:** TCP/IP, XMODEM/YMODEM
**Terminal Emulation:** TN 5250, TN 3270, VT/ANSI

### Host Support via DCS 300 Server
**Host Environment:** IBM AS/400, S/390, Digital, HP, UNIX
**Connectivity:** 10/100 Mbps Ethernet, Token Ring, Twinax, Coax, SDLC
**Communications:** TCP/IP, SNA, TCP/IP socket pass through
**Terminal Emulation:** IBM SNA 5250, 3270, ANSI/VT 100, 220, 320, and Screen Mapping
**Web-based:** dcBrowser™ for HTML applications

### Language Support
English, German, French, Italian, Spanish, Portuguese, Chinese, Japanese, Korean and Thai. Localized fonts, keypads and Getting Started Guide.
Supports additional single and double byte fonts.

### Badge Scanner
- Visible light badge scanner
- Infrared light badge scanner

### Accessories
Wall or desk mount brackets, Programmer's Software Kit (PSK), Adapter for third serial port (9 pin RS-232)

### Regulatory Approvals
UL Listed, UL 1950 and C22.2 No. 950, TÜV GS Licensed, EN 60950, FCC Part 15, Canada, RSS210 and ICES 003 Class B, EN 55022/CISPR 22, Class B, ETS 300 826, ETS 300 328, Compliant with European Directives CE Marked

---

**North America**
**Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/Middle East & Africa**
**Headquarters**
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
**Asia Regional Office**
26-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

Intermec International Inc
14 Floor, IBM-Pacific Century Place
2A Workers Stadium
Chaoyang District, Beijing 100027
P.R. China
Tel: +86 (010).6539 1012
Fax: +86 (010).6539 1025

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda.
Rua Arandu 1544-15 andar
Edificio Itaverá
Brooklin Novo 04562-031
Sao Paulo, SP
Brazil
tel: 55.11.5501.2070

Intermec Technologies de Mexico
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Worldwide**
**Fax Document Retrieval Service**
800.755.5505
(North America Only)
tel: 650.556.8447

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A.
608322-01E 03/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.


Intermec expect MORE™