

**Intermec**

## Product
### Profile

- Field-proven industrial strength

- Rugged metal frame and enclosure

- Throughput up to 10 times faster than the 3400

- Versatile connectivity includes choice of Serial, Parallel, Twinax/ Coax, EasyLAN™ Ethernet and EasyLAN™ Wireless

- Supports IEEE 802.1x security

- 200 or 400-dpi printhead option

- Free Intermec Printer Network Manager (IPNM) software

- Free LabelShop label design and print software





**E a s y C o d e r ® 3 4 0 0 e   P R I N T E R**

The EasyCoder 3400e is a versatile industrial strength printer based on the rugged, field-proven EasyCoder 3400. The 3400e features throughput that is up to 10 times higher than the 3400, making it ideal for today's increasingly complex labels combining 2D bar codes, mixed fonts and graphics. This means no waiting for labels to print!

The 3400e continues to offer the legendary reliability of the 3400 print mechanism. The steel frame enclosure gives the 3400e a rugged platform to withstand harsh industrial environments. The attractive gray metallic enclosure is designed to mask dirt and grime for ease of maintenance.

The standard high-speed IEEE 1284 parallel port and enhanced serial port ensure fast host communications. The optional internal EasyLAN Ethernet and EasyLAN Wireless allow for network management without the complexity, space requirements, and vulnerability of external print servers. A heavy-duty cutter with tray

option is available on the 3400D or 3400e printers. And of course, the 3400e is fully backward compatible with 3400A/B/C/D printers.

The EasyLAN Wireless interface uses an integrated 802.11b radio. This radio provides 128-bit WEP, TTLS, LEAP, and WPA encryption of the information relayed through the network. Intermec's wired and wireless technology ensures secure printing and network infrastructure for all environments.

Intermec's Printer Network Manager (IPNM), LabelShop START design and print software, and InterDriver Windows printer driver are included, free of charge, with every printer.

This is a powerful printer that is designed and built for a wide variety of industrial bar code applications.

**EasyCoder® 3400e PRINTER** *(side tab)*

## *Application
Direct Thermal and Thermal Transfer printer for self-adhesive label, ticket and tag applications.

### Model
EasyCoder 3400e

### Physical Characteristics
**Length:** 43.8 cm (17.25 in)
**Height:** 27.7 cm (10.9 in)
**Width:** 24.9 cm (9.8 in)
**Weight:** 15.8 kg (35 lbs.)

### Print Specifications
**Max. Width:** 104 mm (4.1in) 203 dpi; 112 mm (4.4in) 406 dpi
**Max. Length:** Unlimited
**Element:** 0.125 mm (0.00492 in), 203 dpi
**Element:** 0.062 mm (0.00246 in), 406 dpi

### Print Speed
Selectable Print Speed: 51mm (2ips) to 204 mm (8 ips)

### Print Resolution
8 dots/mm (203 dpi);16 dots/mm (406 dpi)

### Media Specifications
**Style:** Roll-feed, die-cut, continuous or fanfold labels, tags, or tickets
**Type:** Plain paper thermal transfer or thermal sensitive papers
**Maximum Liner Width:** 114 mm (4.5 in)
**Minimum Liner Width:** 19 mm (.75 in)
**Maximum Media Length:** 610 mm (24 in); fanfold 432 mm (17 in)
**Minimum Media Length:** 13 mm (0.5 in)
**Thickness:** .08 mm to .31 mm (.003 to .012 in)
**Supply Roll Capacity:** 213 mm (8.38 in)
**Core Size:** 76 mm (3 in)

### Ribbon Specifications
**Type:** Wax, wax/resin, resin
**Standard Width:** 51 mm (2 in), 77 mm (3.0 in), 104 mm (4.1 in), 114 mm (4.5 in)
**Length:** 152 m (6,000 in linear)

### Interface
**Standard:**
- RS-232 Serial
- IEEE 1284 Parallel
**Optional:**
- Internal IBM Twinax or Coax
- Internal EasyLAN™ Ethernet 100/10BaseT
- EasyLAN Wireless, internal 802.11b Wireless Ethernet

**EasyLAN Ethernet Supported Protocols:**
TCP/IP-suite (TCP, UDP, ICMP, IGMP, etc.), LPR/LPD, FTP, BOOTP, DHCP, HTTP, SNMP, SMTP. SNMP-MIB II supported (over UDP/IP), private enterprise MIB included

### EasyLAN Wireless
- Fully integrated IEEE 802.11b
- WEP 128 bit, TTLS, LEAP, and WPA
- Supports IEEE 802.1x security
- Multiple industrial antenna options for maximized coverage

### Software
**Available printer command languages:**
- IPL

**Applications/Drivers (comes on Printer Companion CD) including:**
- InterDriver™ Windows printer driver
- Intermec LabelShop® START label design and print package
- Intermec Printer Network Manager (IPNM) for administration of network connected printers
- PrintSet for printer configuration

### Bar Code Symbologies
**1-Dimensional:** Code 2 of 5, Codabar, Code 11, Code 39, Code 93, Code 128, HIBC, Interleaved 2 of 5, Postnet, UPC/EAN, JIS-ITF
**2-Dimensional:** Code One, Code 16K, Code 49, DataMatrix, PDF417, QR Code, Micro PDF, MaxiCode

### Standards Supported
UPC/EAN Shipping Container; UCC/EAN 128 Serial Shipping Container; MH10.8 Shipping Label; AIAG (shipping parts label); LOGMARS; POSTNET; ISBT 128; GM1724

### Character Sets
- Bitmapped using PrintSet™; All single byte codepage, all double byte codepage
- Code page 850, French, German, ISO 256 character, Italian, Kanji/Katakana (optional), Norwegian/Danish, Spanish, Swedish/Finnish, Swiss, UK, ASCII, USA ASCII

### Fonts and Graphics
21 resident bitmapped fonts (includes OCR-A and OCR-B), 3 resident outline fonts, supports user-defined fonts and graphics, supports True Type fonts.

### Power Supply
**Voltage range:** 100, 115, 230 VAC ± 10%a
**Frequency range:** 50 to 60 Hz

### Environment
**Operating Temperature:** 4° to 40° C (40° to 104° F)
**Storage Temperature:** 0° to 70 ° C (32 ° to 158° F)
**Humidity:** 10 to 90% (non condensing)
**Ventilation:** Free air

### Regulatory Approvals
Complies with all FCC Part 15, Class A; CISPR 22 Class A; ICES-003 Class A; UL-US & Canada & TÜV GS agency approved; CE, NOM & C-TIC

### Options
Internal EasyLAN™ Ethernet; EasyLAN™ Wireless; Twinax and Coax; Internal Self-strip and rewind; Cutter / Tray; DRAM image expansion 4 MB; Flash storage expansion 16 MB; Kanji/Katakana Fonts



**Intermec®**
**e x p e c t MORE®**

**North America**
**Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/**
**Middle East & Africa**
**Headquarters**
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
**Asia Regional Office**
26-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

**Beijing Representative Office**
29 F1, Unit A1, China Merchant Tower
118 Jian Guo Road
Chaoyang District, Beijing 100022
Tel: 86 10.5165.5922
Fax: 86 10.6567.6778

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda.
Rua Samuel Morse 120 9 andar
Brooklin CEP04576-060
São Paulo, SP
Brazil
tel: 55.11.5502.6770

**Intermec Technologies de Mexico**
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A
611049-01D 12/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.