

**Product Profile**



### EasyCoder® 4440 PRINTER

- Field-proven industrial strength

- Rugged metal frame and enclosure

- Supports unlimited duty cycle printing

- 400-dpi print resolution for high quality text and graphics

- Versatile connectivity includes choice of Serial, Parallel, Twinax/Coax, EasyLAN™ Ethernet and EasyLAN™ Wireless

- Supports IEEE 802.1x security

- Online Verifier option

- Internal full roll batch take-up option

- Free LabelShop™ label design and print software

The EasyCoder 4440 is a 400-dpi, high capacity industrial strength printer with extremely fast throughput. Labels start printing immediately upon selecting the print button at speeds up to 10" per second. The 400 dpi print resolution makes the 4440 ideal for applications requiring exceptional print quality, such as 2D bar codes, small text, graphic images, and small linear bar codes.

The design allows for a full 8" diameter roll of media and 450 m (18,000") ribbon to maximize operator productivity. When equipped with the optional internal self-strip and full roll batch take-up the 4440 can print and rewind a full 8" diameter roll of media.

The 4440 offers a full range of connectivity choices. Standard interfaces include high speed RS-232 and bi-directional parallel with Twinax / Coax, EasyLAN Ethernet, and EasyLAN Wireless available as options. The networking options allow for network management without the complexity, space requirements, and vulnerability of external print servers. A heavy-duty cutter with tray option is also available.

The EasyLAN Wireless interface uses an integrated 802.11b radio. This radio provides 128-bit WEP, TTLS, LEAP, and WPA encryption of the information relayed through the network. Intermec's wired and wireless technology ensures secure printing and network infrastructure for all environments.

Intermec's online verifier option helps to eliminate non-compliance labeling fines or product labeling errors. The verifier can check up to 48 picket fence and one ladder style barcode per label.

The Intermec Printer Network Manager (IPNM), LabelShop® START design and print software, and InterDriver™ Windows printer driver are included, free of charge, with every printer.

The EasyCoder 4440 printer is built to last in harsh, industrial environments. The robust performance, fast throughput, and rugged steel construction make it an ideal label, ticket, and tag printer for manufacturing, distribution and warehouse environments.

**EasyCoder 4440 PRINTER**

### Application
Direct Thermal and Thermal Transfer printer for self-adhesive label, ticket and tag applications.

### Model
EasyCoder 4440

### Physical Characteristics
**Length:** 43.82 cm (17.25 in)
**Height:** 41.91 cm (16.5 in)
**Width:** 24.8 cm (9.75 in)
**Weight:** 19.35 kg (43 lbs.)

### Print Specifications
**Maximum Width:** 112 mm (4.4 in)
**Maximum Length:** Unlimited
**Element:** 0.062 mm (0.00246 in)

### Print Speed
**Selectable Print Speeds:** 50.8 mm/s (2 ips) to 254 mm/s (10 ips)

### Print Resolution
16 dots/mm (406 dots per inch)

### Media Specifications
**Style:** Roll-feed, die-cut, continuous or fanfold labels, tags, or tickets
**Type:** Plain paper thermal transfer or thermal sensitive papers
**Maximum Liner Width:** 114 mm (4.5 in)
**Minimum Liner Width:** 19 mm (.75 in)
**Maximum Media Length:** 610 mm (24 in)
**Minimum Media Length:** 12.7 mm (0.5 in)
**Thickness:** .08 mm to .3 mm (.003 to .012 in)
**Supply Roll Capacity:** 152.4 m (6,000 in linear)

### Ribbon Specifications
**Type:** Wax, wax/resin, resin
**Standard Width:** 5.38 cm (2.12 in), 7.62 cm (3.0 in), 10.41 cm (4.1 in), 11.43 cm (4.5 in)
**Length:** 457 m (18,000 in)

### Interface
**Standard:**
- RS-232 Serial
- IEEE 1284 Parallel

**Optional:**
- Internal IBM Twinax or Coax
- Internal EasyLAN™ Ethernet 100/10BaseT
- EasyLAN Wireless, internal 802.11b Wireless Ethernet

**EasyLAN Ethernet Supported Protocols:** TCP/IP-suite (TCP, UDP, ICMP, IGMP, etc.), LPR/LPD, FTP, BOOTP, DHCP, HTTP, SNMP, SMTP. SNMP-MIB II supported (over UDP/IP), private enterprise MIB included

### EasyLAN Wireless
- Fully integrated IEEE 802.11b
- WEP 128 bit, TTLS, LEAP, and WPA
- Supports IEEE 802.1x security
- Multiple industrial antenna options for maximized coverage

### Software
**Available printer command languages:**
- IPL

**Applications/Drivers (comes on Printer Companion CD) including:**
- InterDriver™ Windows printer driver
- Intermec LabelShop® START label design and print package
- Intermec Printer Network Manager (IPNM) for administration of network connected printers
- PrintSet for printer configuration

### Bar Code Symbologies
**1-Dimensional:** Code 2 of 5, Codabar, Code 11, Code 39, Code 93, Code 128, HIBC, Interleaved 2 of 5, Postnet, UPC/EAN, JIS-IFT
**2-Dimensional:** Code One, Code 16K, Code 49, DataMatrix, PDF417, QR Code, Micro PDF, MaxiCode

### Standards Supported
UPC/EAN Shipping Container; UCC/EAN 128 Serial Shipping Container; MH10.8 Shipping Label; AIAG (shipping parts label); LOGMARS; POSTNET; ISBT 128; GM1724

### Character Sets
- Unicode, all single byte codepage, all double byte codepage
- Code page 850, French, German, ISO 256 character, Italian, Kanji/Katakana (optional), Norwegian/Danish, Spanish, Swedish/Finnish, Swiss, UK, ASCII, USA ASCII

### Fonts and Graphics
21 resident bitmapped fonts (includes OCR-A and OCR-B), 3 resident outline fonts, supports user-defined fonts and graphics, supports True Type fonts.

### Power Supply
**Voltage range:** 100, 115, 230 VAC
**Frequency range:** 50 to 60 Hz

### Environment
**Operating Temperature:** 4° to 40° C (40° to 104° F)
**Storage Temperature:** -20° to 70° C (-4° to 158° F)
**Humidity:** 10 to 90% (non condensing)
**Ventilation:** Free air

### Regulatory Approvals
Complies with all FCC Part 15, Class A; CISPR 22 Class A; ICES-003 Class A; UL-US & Canada & TÜV GS agency approved; CE, NOM, & C-TIC

### Options
Internal EasyLAN™ Ethernet; EasyLAN™ Wireless; Twinax and Coax; Internal Self-strip; Full Roll Batch Take-up; Cutter / Tray; DRAM image expansion 8 MB; Flash storage expansion 16 MB; Kanji/Katakana Fonts; SV100 Online Verifier Kit



**North America**
Corporate Headquarters
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

Systems & Solutions
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

Media Supplies
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/Middle East & Africa**
Headquarters
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
Asia Regional Office
26-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

Beijing Representative Office
29 FL, Unit A1, China Merchant Tower
118 Jian Guo Road
Chaoyang District, Beijing 100022
Tel: 86 10.5165.5922
Fax: 86 10.6567.6778

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda.
Rua Samuel Morse 120 9 andar
Brooklin CEP04576-060
São Paulo, SP
Brazil
tel: 55.11.5502.6770

Intermec Technologies de Mexico
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A.
608565-01F 12/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.

