


**Product** Profile



### PB41 PORTABLE PRINTER

- Lightweight, rugged, compact design
- Resilient high-density polyethylene case
- Companion to the Intermec® 700 Series Mobile Computer
- Integrated Bluetooth™ and 802.11 wireless printing
- Ability to perform wireless printer status and configuration requests
- Rated to withstand cold temperatures to -20° C
- External paper load option

Intermec's PB41 printer is the ultimate print solution for store delivery, route accounting, field service, logistics, home delivery and pre-sales systems. The PB41 interfaces seamlessly with the Intermec 700 Mobile Computer series. Daily route activities are easily entered and tracked via a mobile computer throughout a workers shift. Receipts are immediately provided to the customer for prompt payment or to eliminate duplicate billing efforts.

The lightweight and compact design of the PB41 is ideal for vehicle mounting or hand carrying. This printer is built to withstand the rugged conditions it will be exposed to on the road. The resilient high-density polyethylene case is virtually indestructible withstanding multiple four foot drops to concrete. The PB41 printer operates via vehicle mount or battery operation.

Spending a lot of time in cold environments? Intermec's PB41 direct thermal portable printer is rated to withstand temperatures as low as -20° C.

The PB41 can be used serially or wirelessly. The integrated Bluetooth and industry standard 802.11b wireless options make it easy for workers to remain on the go. There are no hassles with cables or wires. Bi-directional communication enables the printer to execute requests for wireless printer statuses and configuration. The printer goes where you need it, when you need it for maximum efficiency.



**PB41 PORTABLE PRINTER**

**Application**
Direct Thermal receipt printing

**Physical Characteristics**
**Length:** 7.37 in (18.72 cm)
**Height:** 6.82 in (17.32 cm)
**Width:** 2.67 in (6.78 cm)
**Weight:** 39.6 oz (1122.6 g) (incl. batteries / paper roll)
**Drop Spec:** 4 feet (1.2 m)

**Print Specifications**
**Max. Print Width:** 4.09 in (104 mm)
**Max. Print Length:** 120 feet is average roll size

**Print Speed**
Selectable print speeds up to 2.5 ips (63.5 mm)

**Print Resolution**
8 dots/mm (203.2 dpi)

**Media Specifications**
**Style:** Roll-feed continuous receipt or label
**Type:** Direct thermal paper and labels
**Max. Paper Width:** 4.41 in (112.0 mm)
**Roll Capacity:** Thermal Paper: 1,716 in (43.5 m)
**Linerless:** 840 in (21.3 m)

**Interface**
- RS-232 Serial – up to 115.2k baud
- Wireless LAN – Cisco Aironet 350 Series PC Card (PCMCIA)
  - Frequency band: 2.4 to 2.4897 GHz
  - Data rates supported: 1, 2, 5.5, and 11Mbps
  - Network Standard: IEEE 802.11b
  - Network Architecture Types: Infrastructure and ad hoc
  - Wireless Medium: Direct Sequence Spread Spectrum (DSSS)
- Personal Area Network - Integrated Bluetooth Module
  - Network Environment: Ad hoc
  - Protocol: Supports version 1.1 of the Bluetooth standard (SIG certification pending)

**Power**
**Battery Type:** 7.2 V Lithium Ion 2,200 mAh (two batteries for a total of 4,400 mAh)
**DC Input:** 12-15V, built-in spike and surge protection
**Battery Life:** Dependent on usage -
- Bluetooth – prints 4,250 inches on a single battery charge
- 802.11b – Prints 3,864 inches on a single battery charge

**Recharging:** 2-3 hours from AC adapter or cigarette lighter adapter

**Bar Code Symbologies**
Prints 1D and 2D bar codes

**Fonts**
5.5 CPI; 7.2 CPI; 10.2 CPI; 10.7 CPI; 18.5 CPI; 20.4 CPI; 22.6 CPI
Unicode subset including Thai and Latin

**Graphics**
Supports storage and one time transient use of graphics and logos in flash memory.

**Memory**
- Flash – 8 Mbit
- RAM – 4 Mbit

**Environment**
**Operating Temperature:**
-20° C to 50° C (-4° F to 122° F)
**Storage Temperature:**
-40° C to 70° C (-40° F to 158° F)
**Charging Temperature:**
5° C to 40° C (41° F to 104° F)
**Humidity:** 10% to 90% (non condensing)
**ESD Protection:** 8 kV Air, 4 kV Contact

**Regulatory Approvals**
FCC B, CE, C-Tick, E-Mark

**Warranty**
1 Year (including printer case)

**Options**
Swivel Belt Loop; Vehicle Mounting Bracket; DC Power Extension; AC Adapter; Cigarette Lighter Adapter; DB9F Data Cable


The Standard for Wireless Fidelity.

**North America**
**Corporate Headquarters**
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/**
**Middle East & Africa**
**Headquarters**
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
**Asia Regional Office**
26-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

**Intermec International Inc**
14 Floor, IBM-Pacific Century Place
2A Workers Stadium
Chaoyang District, Beijing 100027
P.R. China
Tel: +86 (010).6539.9012
Fax: +86 (010).6539.1025

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda.
Rua Arandu 1544-15 andar
Edificio Itavera
Brooklin Novo 04562-031
Sao Paulo, SP
Brazil
tel: 55.11.5501.2070

Intermec Technologies de Mexico
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Worldwide**
**Fax Document**
**Retrieval Service**
800.755.5505
(North America Only)
tel: 650.556.8447

**Intermec**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A.
611533-01B  12/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.


expect MORE