

**Product Profile**



- Supports current RFID industry standard

- Protects customer investment with unique product features to support growth of future RFID standards

- First RFID printer to encode frequency agile UHF tags

- Encodes and prints RFID labels without host system reprogramming

- Simultaneously print barcodes, human readable text, and graphics

- Supports stand-alone printer applications

- Integrated EasyLAN˜ Ethernet, USB, and serial interface standard

- Optional EasyLAN˜ Wireless interface

# INTELLITAG® PM4i PRINTER

The multi-function Intellitag PM4i printer gives you the reliability, ruggedness and performance you have come to expect in a barcode printer from Intermec, along with the latest RFID technology in the same box.

With the Intellitag PM4i, companies can create RFID smart labels to drive RFID applications without host reprogramming. By using frequency agile RFID tags, the Intellitag PM4i can simultaneously encode and print labels that can be used worldwide, thus enabling the tag to be read via multiple frequencies, dependant on regional standards.

The Intellitag PM4i printer can also act as a "smart client" executing user-defined programs for completely stand-alone printer applications. This means your Intellitag PM4i printer can eliminate the personal computer, operate additional hardware (e.g. scanners, other printers, conveyors), access information from network host, and retain the ability to change with the application for additional functionality.

Integrated EasyLAN™ Ethernet, USB, and serial are standard interfaces with the Intellitag PM4i printer. Users also have the option to add additional EasyLAN Wireless and / or industrial interface boards. The EasyLAN Wireless interface uses an integrated standard 802.11b radio. This radio provides 128-bit WEP encryption of the information relayed through the network. Intermec's wired and wireless technology ensures secure printing and network infrastructure for all environments.

The Intellitag PM4i printer integrates into industrial manufacturing, warehouse, and logistics applications ensuring all items are labeled and tracked via RFID for quick and accurate data collection throughout the supply chain.

**INTELLITAG® PM4i PRINTER**

**Application**
RFID Enabled Direct Thermal and Thermal Transfer label, ticket and tag printer.

**Physical Characteristics**
Length: 54.3 cm (21.38 in)
Height: 26.1 cm (10.28 in)
Width: 29.8 cm (11.73 in)
Weight: 13.5 kg (29.76 lbs.)

**RFID Standards Supported**
- 13.56 MHz ISO 15693
- 860-915 MHz ISO 18000 6-b
- Upgradeable to UHF Generation 2 upon announcement of standards

**RFID Specifications Supported**
- EPC Classes

**Print Specifications**
Max. Width: 104 mm (4.09 in) at 203 dpi; 105.7 mm (4.16 in) at 300 dpi.
Max. Length w/ std memory: 2520 mm (99.2 in) at 203 dpi; 1092 mm (43.0 in) at 300 dpi.
Max length w/ 16MB SDRAM: 4095 mm (161.2 in) at 203 dpi; 2730 mm (107.5 in) at 300 dpi.

**Print Speed**
Up to 76 labels per minute. 101x152mm (4x6 in) GM1724 label. To learn more about print speed, please visit www.intermec.com/printspeed.

**Print Direction**
Prints smooth text, any size bar codes and graphics in all four orthogonal directions.

**Print Resolution**
8 dots/mm (203 dpi); 11.8 dots/mm (300 dpi)

**Label/Ticket/Tag**
Max. Width: 114.3 mm (4.5 in)
Min. Width: 25.4 mm (1 in)
Thickness: 2.5 to 7 mil
Style: Roll-fed, die-cut, continuous or fanfold labels, tags or tickets
Label Roll max diameter: 213 mm (8.38 in)
Label Roll Core: 38-76 mm (1.5-3 in)
Media Type: Thermally sensitive media

**Ribbon Roll**
Ribbon roll max diameter: 83 mm (3.27 in) or approx. 450 m (1475 ft) of ribbon
Ribbon Roll Core: 25 mm (1 in)
Ribbon Type: Wax, wax/resin, resin

**Intellitag Label Specifications**
Tag thickness: Less than .25 mil (.010 in)
Tag insert size: 13ml x 70ml (.5 in x 3 in) ; 95ml x 95ml (3.75 in x 3.75 in)
Tag placement: Between label and backing paper, location within label customized for each application.
Tag orientation: Perpendicular to feed direction.

**Interface Standard**
- RS-232, up to 115.2 kB/s
- USB 1.1
- EasyLAN Internal Ethernet 100/10BaseT
- I2C-bus for cutter
- Wand interface for EasySet™ System

**Optional**
- EasyLAN Wireless, internal 802.11b Wireless Ethernet
- Parallel IEEE 1284

**Software**
Available printer command languages:
- IPL
- Fingerprint/Direct Protocol

**Software Development Kit:** A custom Fingerprint program to interface with RFID module and host system is easily generated through the use of Intermec Fingerprint ApplicationBuilder (IFAB), a software development kit for Fingerprint with RFID libraries.

**Bar Code Symbologies**
1-dimensional: Code 2 of 5, Codabar, Code 11, Code 39, Code 93, Code 128, Interleaved 2 of 5, Straight 2 of 5, Matrix 2 of 5, Postnet, Code One, UPC/EAN, JIS-ITF
2-dimensional: Code 16K, Code 49, DataMatrix, PDF417, QR Code, MicroPDF417, MaxiCode, Plessey, MSI

**Standards Supported**
UPC/EAN Shipping Container; UCC/EAN 128 Serial Shipping Container; MH10.8 Shipping Label; AIAG (shipping parts label); LOGMARS; POSTNET; HIBCC; ISBT 128; GM1724; UPS shipping label; Global Transport label

**Characters Sets**
Fingerprint/DP: 15 TrueType™ fonts including 12 UNICODE (1 WGL4), 1 symbol, 1 OCR-A, 1 OCR-B. All fonts are scalable. Font cache for maximum performance. ATF font support.
IPL firmware: 3 TrueType fonts and 20 bitmap fonts.
Non-Latin fonts are available as options.

**Graphics**
Supports PCX file format.

**Memory**
Standard: SRAM 8 MB, Flash 4 MB
Optional: SRAM 16 MB, Flash 16 MB, 1 GB Compact Flash Memory

**Protocol**
Fingerprint/Direct Protocol:
XON/XOFF, ENQ/ACK, DTR, RTS/CTS
IPL: XON/XOFF, Intermec Std. Protocol

**Display**
Back-lit LCD for 2x16 characters and 3 LED indicator lamps

**Keypad Control Panel**
- Full keypad control panel (Fingerprint/DP)
- Reduced keypad control panel (IPL)

**Power Supply**
115/230VAC auto-switch w/PFC
Voltage range: 90-264VAC,
Frequency Range: 45-65 MHz

**Operating Environment**
Temperature: +5°- 40°C (+40°- 104°F)
Humidity: 20-80% RH non-condensing
Noise: 50 dB (printing), no noise standby

**Regulatory Approvals**
CE (EN55022 Class A), FCC Class A, UL, CSA, C-Tick

**Options**
Integral Self-Strip unit with Liner Takeup, Label Taken Sensor (LTS), Compact Flash (CF) memory, Flash and SDRAM SIMM memory, Various International Double Byte Fonts, EasySet Bar Code Wand*, External RS-232C Alphanumeric Keyboard*, Parallel Interface Board, Real Time Clock*, Media Supply Hub, Cutter, Label Low Sensor

*Not applicable when using IPL firmware

---

**North America**
Corporate Headquarters
6001 36th Avenue West
Everett, Washington 98203
tel: 425.348.2600
fax: 425.355.9551

**Systems & Solutions**
550 2nd Street S.E.
Cedar Rapids, Iowa 52401
tel: 319.369.3100
fax: 319.369.3453

**Media Supplies**
9290 Le Saint Drive
Fairfield, Ohio 45014
tel: 513.874.5882
fax: 513.874.8487

**Canada**
7065 Tranmere Drive
Mississauga, Ontario
L5S 1M2 Canada
tel: 905.673.9333
fax: 905.673.3974

**Europe/ Middle East & Africa**
Headquarters
Sovereign House
Vastern Road
Reading RG1 8BT
United Kingdom
tel: 44.118.987.9400
fax: 44.118.987.9401

**Asia**
Asia Regional Office
26-16 International Plaza
10 Anson Road
Singapore 079903
tel: 65.6324.8391
fax: 65.6324.8393

Intermec International Inc
14 Floor, IBM-Pacific Century Place
2A Workers Stadium
Chaoyang District, Beijing 100027
P.R. China
Tel: +86 (010).6539 1012
Fax: +86 (010).6539 1025

**Australia**
Level 7, 200 Pacific Highway
Crows Nest, NSW 2065
Australia
tel: 61.2.9492.4400
fax: 61.2.9954.6300

**South America & Mexico**
Intermec South America Ltda.
Rua Samuel Morse 120 9 andar
Brooklin CEP04576-060
São Paulo, SP
Brazil
tel: 55.11.5502.6770

Intermec Technologies de Mexico
Av Tamaulipas #141, Primer Piso
Col. Hipodromo Condesa
Mexico, DF, 06140 Mexico
tel: 525.55.211.1919
fax: 525.55.211.8121

**Internet**
www.intermec.com

**Sales**
800.347.2636
(toll free in N.A.)
tel: 425.348.2726

**Service and Support**
800.755.5505
(toll free in N.A.)
tel: 425.356.1799

Copyright © 2004 Intermec Technologies Corporation. All rights reserved. Intermec is a registered trademark of Intermec Technologies Corporation. All other trademarks are the property of their respective owners. Printed in the U.S.A.
611518-01A 10/04

In a continuing effort to improve our products, Intermec Technologies Corporation reserves the right to change specifications and features without prior notice.



*Intermec* expect MORE™