SYMBOL TECHNOLOGIES, INC. V. INTERMEC TECHNOLOGIES CORP.                    05-C-0256-C

| DIST | OFF | DOCKET YR. NMBR | ORIG | FILE DATE | J | NATURE OF SUIT | | RULE 23 | DEMAND $1,000s | JUDGE | MAGISTRATE | COUNTY | JURY DEMAND? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0758 | 3 | 05 0256 | 1 | 04/28/2005 | 3 | 830 | | No | | 5804 | 58BC | 88888 | Yes |

CAUSE: PROPERTY RIGHTS; Patent

| PLAINTIFF | DEFENDANT |
|---|---|
| SYMBOL TECHNOLOGIES, INC. | INTERMEC TECHNOLOGIES CORP. |

**COUNSEL FOR PLAINTIFF**

JEFFREY S. WARD
MICHAEL BEST & FRIEDRICH LLP
ONE SOUTH PINCKNEY STREET
SUITE 700
MADISON, WI 53703
(608) 257-3501
*for: SYMBOL TECHNOLOGIES, INC.*

ERIC J. LOBENFELD
HOGAN & HARTSON L.L.P.
875 THIRD AVENUE
NEW YORK, NY 10022

*for: SYMBOL TECHNOLOGIES, INC.*

**COUNSEL FOR DEFENDANT**

EUGENIA G. CARTER
WHYTE HIRSCHBOECK DUDEK S.C.
ONE EAST MAIN STREET, SUITE 300
MADISON, WI 53703
(608) 234-6058
*for: INTERMEC TECHNOLOGIES CORP.*

LELAND W. HUTCHINSON, JR.
FREEBORN & PETERS LLP
311 S. WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
(312) 360-6503
*for: INTERMEC TECHNOLOGIES CORP.*

0 5 - 5 2 8



FILED
JUL 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE COPY, Certified
JUL 1 9 2005
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT DOCKET                                                         (REV. 3/89)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 04/28/2005 |  | NORTC - FEE PAID. |
| 04/28/2005 | 001 | JS-44 |
| 04/28/2005 | 002 | COMPLAINT - SUMMONS ISSUED. |
| 04/28/2005 | 003 | DISCLOSURE OF CORP. AFFIL. & FINAN. INT. BY PLTF. |
| 05/02/2005 | 004 | SUMMONS |
| 05/16/2005 | 005 | MOTION TO ADMIT LELAND W. HUTCHINSON, CARSON P. VEACH, JENNIFER L. FITZGERALD AND JEFFREY M. HANSON PRO HAC VICE. |
| 05/17/2005 | 006 | ORDER ADMITTING ATTYS. HUTCHINSON, VEACH, FITZGERALD AND HANSEN PRO HAC VICE. (TMO) CC MLD |
| 05/18/2005 | 007 | ANSWER |
| 05/18/2005 | 008 | MOTION BY DEFT. TO TRANSFER VENUE. |
| 05/18/2005 | 009 | BRIEF IN SUPPORT OF DEFT. MOTION TO TRANSFER VENUE. |
| 05/26/2005 | 010 | BRIEF IN SUPPORT (CORRECTED) OF DEFT. MOTION TO TRANSFER VENUE. |
| 05/27/2005 | 011 | BRIEF IN OPPOSITION BY PLTF. TO DEFT. MOTION TO TRANSFER VENUE. |
| 05/27/2005 | 012 | AFFIDAVIT OF IRA J. SCHAEFER. |
| 05/27/2005 | 013 | AFFIDAVIT OF RAYMOND A. MARTINO. |
| 06/02/2005 | 014 | JOINT PPTC STATEMENT. |
| 06/03/2005 | 015 | BRIEF IN REPLY IN SUPPORT OF DEFT. MOTION TO TRANSFER VENUE. (SEALED) |
| 06/07/2005 | 016 | MOTION BY PLTF. FOR LEAVE TO FILE SUR-REPLY. |
| 06/07/2005 | 017 | DECLARATION OF AARON B. BERNSTEIN IN FURTHER OPPOSITION TO DEFT. MOTION TO TRANSFER. |
| 06/09/2005 | 018 | RESPONSE TO SUR-REPLY BY DEFT. |
| 06/13/2005 | 019 | PTC ORDER - AMENDMENTS TO PLEADINGS DUE 8/1/05. (SLC) |
| 07/05/2005 | 020 | PLTF. LETTER IN OPPOSITION TO DEFT. MOTION TO TRANSFER VENUE. |
| 07/06/2005 | 021 | MOTION BY PLTF. TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY ANSWERS. |
| 07/06/2005 | 022 | BRIEF IN SUPPORT OF PLTF. MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY ANSWERS. |
| 07/06/2005 | 023 | AFFIDAVIT OF LAWRENCE BROCCHINI. |
| 07/13/2005 | 024 | MOTION BY DEFT. FOR PROTECTIVE ORDER. |
| 07/13/2005 | 025 | BRIEF IN SUPPORT OF DEFT. MOTION FOR PROTECTIVE ORDER. |
| 07/13/2005 | 026 | AFFIDAVIT OF LELAND W. HUTCHINSON. |
| 07/14/2005 | 027 | ORDER GRANTING DEFT. MOTION TO TRANSFER CASE TO DISTRICT OF DELAWARE. |
| 07/18/2005 | 028 | BRIEF IN REPLY IN SUPPORT OF PLTF. MOTION TO COMPEL AND IN OPP. TO DEFT. MOTION FOR PROTECTIVE ORDER. |
| 07/18/2005 | 029 | AFFIDAVIT OF LAWRENCE BROCCHINI. |
| 07/19/2005 |  | RECORD SENT TO DISTRICT OF DELAWARE. |

05 - 528