IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYMBOL TECHNOLOGIES, INC.,

    Plaintiff,

v.                        05-C-0256 C

INTERMEC TECHNOLOGIES CORP.,

    Defendant.

## SYMBOL TECHNOLOGIES, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY ANSWERS FROM INTERMEC TECHNOLOGIES CORPORATION

Now comes plaintiff, Symbol Technologies, Inc. ("Symbol"), and for its Motion to Compel, pursuant to Rule 37 of the Federal Rules of Civil Procedure, respectfully states as follows:

1. On April 28, 2005, Symbol served its complaint alleging that certain bar code reading devices and systems made, used and/or sold by Intermec infringe Symbol's U.S. Patent Nos. 5,243,655 ("'655 Patent") and 5,457,308 ("'308 Patent) (collectively, "Symbol" Patents), each assigned to Symbol.

2. On May 27, 2005, Symbol served its Document Requests and Interrogatories seeking discovery concerning its patent claims, damages and the defenses to those claims asserted by defendant, Intermec Technologies Corporation. *See* Exhibits 1 and 2 to the July 6, 2005 Declaration of Lawrence Brocchini ("Brocchini Decl.").

3. Intermec asserted, but later withdrew a series of baseless objections to the Symbol's Documents Requests and Interrogatories. Brocchini Decl. Exhs. 3, 4, 5, 6, 7 and 8.

4. Intermec, however, has not produced a single document or provided substantive answers, signed under oath by Intermec, to Symbol's interrogatories. Brocchini Decl. Exh. 8. Nor has Intermec said when it will begin or complete discovery. *Id.*

5. Intermec should be compelled to immediately produce responsive documents and provide substantive interrogatory answers, signed under oath by Intermec.

**MICHAEL BEST & FRIEDRICH LLP**

By: _____
Jeffrey S. Ward
Shane A. Bruner
One South Pinckney Street
Suite 700
Madison, Wisconsin 53703
(608) 257-3501

Attorneys for Plaintiff Symbol Technologies, Inc.

Of Counsel:

Eric J. Lobenfeld
Ira J. Schaefer
Lawrence Brocchini
Mitchell S. Feller
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022

Dated: July 6, 2005

Q:\client\014980\9001\B0587855.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SYMBOL TECHNOLOGIES, INC.,

    Plaintiff,

v.

IMTERMEC TECHNOLOGIES, INC.,

    Defendant.

Case No. 05-C-0256-C
Hon. Barbara B. Crabb

## CERTIFICATE OF SERVICE

I, Shane A. Brunner, hereby certify that on July 6, 2005, I caused a true and correct copy of Symbol Technologies, Inc.'s Motion to Compel Production of Documents and Interrogatory Answers from Intermec Technologies Corporation, Symbol Technologies, Inc.'s Memorandum in Support of Motion to Compel Production of Documents and Interrogatory Answers from Intermec Technologies Corporation and Declaration of Lawrence Brocchini in Support of Symbol Technologies, Inc.'s Motion to Compel Discovery From Intermec Technologies, Corporation to be served via the following method:

**VIA MESSENGER**
Eugenia G. Carter, Esq.
Whyte Hirschboeck Dudek SC
One E. Main Street #300
Madison, WI 53703-3300
gcarter@whdlaw.com

**VIA E-MAIL and U.S. MAIL**
Leland W. Hutchinson, Jr. Esq.
Freeborn & Peters LLP
311 S. Wacker Drive #3000
Chicago, IL 60606-6677
lhutchinson@freebornpeters.com

Shane A. Brunner

MICHAEL BEST & FRIEDRICH LLP
One S. Pinckney St., Suite 700
P.O. Box 1806
Madison, WI 53701-1806
(608) 257-3501
Q:\client\014980\9001\B0587794.1