0 5 - 5 2 8

Document Number Case Number
024            05-C-0256-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
07/13/2005 05:07:44 PM CDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SYMBOL TECHNOLOGIES, INC.,

        Plaintiff,                05 C 0256 C

v.

INTERMEC TECHNOLOGIES CORP.,      JURY TRIAL DEMANDED

        Defendant.

---

**DEFENDANT INTERMEC TECHNOLOGIES CORPORATION'S
MOTION FOR A PROTECTIVE ORDER**

---

      Intermec Technologies Corp. ("Intermec"), by its counsel Freeborn & Peters LLP and Whyte Hirschboeck Dudek S.C., moves the Court for the entry of a protective order as described below. The grounds for the relief sought are set forth in detail in the accompanying Brief supporting this motion. Intermec seeks relief as follows:

      1.    Restricting discovery by plaintiff Symbol Technologies, Inc. ("Symbol") to information concerning products excluding the 45 products ("Immune Products") acquired by Intermec under the terms of the OEM Agreement entered into by Symbol and Intermec, which Immune Products are enumerated in the accompanying Declaration of Leland W. Hutchinson, Exhibit B.

      2.    Deferring Intermec's continued responses to Symbol's first sets of discovery requests for a reasonable time after Symbol has responded to Intermec's Interrogatory Nos. 1 and 2, which seek Symbol's analysis of the patents-in-suit and its determination that their claim limitations are satisfied by certain of Intermec's devices,

pursuant to *Antonious v. Spalding & Evenflo Companies, Inc.*, 275 F.3d 1066 (Fed. Cir. 2002).

DATED this 13th day of July, 2005.

           Respectfully submitted:

           By:_____
           Attorneys for Defendant
           Intermec Technologies Corp.
           WHYTE HIRSCHBOECK DUDEK S.C.

           Eugenia G. Carter
           State Bar No. 01011447
           Gabriel S. Gross
           State Bar No. 1037934
           One East Main Street, Suite 300
           Madison, WI 53703-3300
           (608) 255-4440 (telephone)
           (608) 258-7138 (facsimile)

FREEBORN & PETERS LLP
Leland W. Hutchinson, Jr.
Carson P. Veach
Jennifer L. Fitzgerald
Jeffrey M. Hansen
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6677
(312) 360-6503 (telephone)
(312) 360-6572 (facsimile)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SYMBOL TECHNOLOGIES, INC.,

    Plaintiff,

v.                                  Case No. 05-C-0256-C

INTERMEC TECHNOLOGIES CORP.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2005, true and correct copies of Defendant Intermec Technologies Corporation's Motion for a Protective Order; Defendant Intermec Technologies Corporation's Brief in Support of Its Motion for a Protective Order and in Opposition to Symbol Technologies, Inc.'s Motion to Compel Production of Documents and Interrogatory Answers; and, Declaration of Leland W. Hutchinson were served on:

**VIA HAND-DELIVERY**
Jeffrey S. Ward
Shane A. Bruner
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison, WI 53703

**VIA E-MAIL and U.S. MAIL**
Lawrence Brocchini
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
(lbrocchini@hhlaw.com)

                                          Susan Landphier Smolak