IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYMBOL TECHNOLOGIES, INC.,

        Plaintiff,        05 C 0256 C

v.

INTERMEC TECHNOLOGIES CORP.,

        Defendant.

### DECLARATION OF THERESA HILLSTROM

THERESA HILLSTROM, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a Group Product Manager with Intermec Technologies Corporation ("Intermec"), the defendant in this lawsuit. I declare that I am over 18 years of age and I am competent to make this declaration based on my own personal knowledge.

2. I make this declaration in support of Intermec's Rule 26(c), F.R.Civ.P., Motion for Protective Order and in opposition to Symbol Technologies, Inc.'s ("Symbol") Rule 37(a), F.R.Civ.P., Motion to Compel Discovery.

3. I was asked by Freeborn & Peters, counsel to Intermec, to prepare a chart which demonstrates bar code readers capable of scanning PDF417 or RSS symbology that have been manufactured and sold with Symbol scan engines. Through my investigation, I have compiled the following chart:

| Product Family | Product Model | Part number | Laser Scanner | Engine Manufacturer |
|---|---|---|---|---|
| Antares | 2410 | 2410Axx36xxx | x | Symbol(SE900HS) |
| Antares | 2415 | 2415Axx36xxxxxx | x | Symbol(SE900HS) |
| Trakker Antares | 2420 | T2420Axx36xx | x | Symbol(SE900HS) |



EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Trakker Antares | 2425 | T2425Cxx36xxxxx | x | Symbol(SE900HS) |
| Na | CK30 | CK30AAxxx2xxx | x | Symbol(SE1200SR) |
| Na | CK30 | CK30AAxxx3xxx | x | Symbol(SE1200ALR) |
| Na | CK30 | CK30AAxxx6xxx | x | Symbol(SE1200LR) |
| Na | CK30 | CK30BAxxx2xxx | x | Symbol(SE1200SR) |
| Na | CK30 | CK30BAxxx3xxx | x | Symbol(SE1200ALR) |
| Na | CK30 | CK30BAxxx6xxx | x | Symbol(SE1200LR) |
| Na | CK30 | CK30CAxxx2xxxxxx | x | Symbol(SE1200SR) |
| Na | CK30 | CK30CAxxx3xxxxxx | x | Symbol(SE1200ALR) |
| Na | CK30 | CK30CAxxx6xxxxxx | x | Symbol(SE1200LR) |
| Na | CK31 | CK31CAxxx2xxxxxx | x | Symbol(SE1200SR) |
| Na | CK31 | CK31CAxxx3xxxxxx | x | Symbol(SE1200ALR) |
| Na | CK31 | CK31CAxxx6xxxxxx | x | Symbol(SE1200LR) |
| 700 Family | 720 | 720A0A1xxxxxxxxx | x | Symbol(SE900SR) |
| 700 Family | 720 | 720A0A3xxxxxxxxx | x | Symbol(SE900SR) |
| 700 Family | 720 | 720A0A2xxxxxxxxx | x | Symbol |
| 700 Family | 720 | 720A0A4xxxxxxxxx | x | Symbol |
| 700 Family | 741 | 741Ax500xxxxxxxx | x | Symbol(SE900SR) |
| 700 Family | 741 | 741Ax600xxxxxxxx | x | Symbol(SE900HS) |
| 700 Family | 751 | 751Ax500xxxxxxxx | x | Symbol(SE900SR) |
| 700 Family | 751 | 751Ax600xxxxxxxx | x | Symbol(SE900HS) |
| 700 Family | 761 | 761Ax5xxxxxxxxxx | x | Symbol(SE900SR) |
| 700 Family | 761 | 761Ax6xxxxxxxxxx | x | Symbol(SE900HS) |
| Sabre | 1551 | 070304 | x | Symbol |
| Sabre | 1551 | 070719 | x | Symbol |
| Sabre | 1551 | 1551E0808 | x | Symbol(SE900HS) |
| Sabre | 1551 | 070300 | x | Symbol(SE1200SR) |
| Sabre | 1551 | 070301 | x | Symbol(SE1200SR) |
| Sabre | 1551 | 070302 | x | Symbol(SE1200ALR) |
| Sabre | 1551 | 070303 | x | Symbol(SE1200SR) |
| Sabre | 1551 | 070720 | x | Symbol(SE1200SR) |
| Sabre | 1551 | 1551E0600 | x | Symbol(SE1200SR) |
| Sabre | 1551 | 1551E0601 | x | Symbol(SE1200ALR) |
| Sabre | 1551 | 1551E0602 | x | Symbol(SE1200LR) |
| Sabre | 1551 | 1551E0604 | x | Symbol(SE1200HP) |
| Sabre | 1551 | 1551E0605 | x | Symbol(SE1200HD) |
| Sabre | 1553 | 1553E0603 | x | Symbol(LS32 ER) |
| Scanplus | 1800 ST | 0-366052-00 | x | Symbol(SE1200WA) |
| Scanplus | 1800 ST | 0-366057-00 | x | Symbol(SE1200WA) |

2

| Scanplus | 1800 ST | 3-366058-01 | x | Symbol(SE1200WA) |
|---|---|---|---|---|
| Scanplus | 1800 ST | 0-366019-01 | x | Symbol(SE1200WA) |
|  | 6400 |  | x | Symbol |

4.     The aforementioned products are the majority of Intermec's bar code readers capable of scanning and decoding PDF417 or RSS sold during the last six years.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2005.

*[signature]*
Theresa Hillstrom

3