IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>INTERMEC TECHNOLOGIES CORP., a Washington corporation,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-528<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance for defendant Intermec Technologies Corp.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
|  | */s/ Jack B. Blumenfeld* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>1201 N. Market Street |
| Frederick A. Lorig | P.O. Box 1347 |
| Bruce R. Zisser | Wilmington, DE  19801 |
| BRIGHT & LORIG | (302) 658-9200 |
| 633 West Fifth Street |   *Attorney for Defendant* |
| Suite 3330 |   *Intermec Technologies Corp.* |
| Los Angeles, CA  90071 |  |
| (213) 627-7774 |  |

Carson Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL  60606-6677
(312) 360-6000

July 27, 2005
476140

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 27, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Karen L. Pascale, Esquire | Eric Lobenfeld, Esquire |
| Bouchard Margules & Friedlander, P.A. | Hogan & Hartson LLP |
| 222 Delaware Avenue, Suite 1400 | 875 Third Avenue |
| Wilmington, DE  19801 | New York, NY  10022 |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld