IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-CV-528 (SLR) |
| | ) |
| INTERMEC TECHNOLOGIES CORP. | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP enters its appearance in the above-captioned civil action on behalf of Plaintiff Symbol Technologies, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Kevin F. Brady
[KBrady@cblh.com]
Arthur G. Connolly, III (#2667)
[AConnollyIII@cblh.com]
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Plaintiff

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2005, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, DE 19801
> [jblumenfeld@mnat.com]

I further certify that on August 5 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *By FedEx*

> Frederick A. Lorig, Esquire
> Bruce R. Zisser, Esquire
> BRIGHT & LORIG, P.C.
> 633 West Fifth Street
> Suite 3330
> Los Angeles, CA 90071
>
> Carson Veach, Esquire
> Leland W. Hutchinson, Jr., Esquire
> Jennifer Fitzgerald, Esquire
> FREEBORN & PETERS LLP
> 311 South Wacker Drive
> Suite 3000
> Chicago, IL 60606

> /s/Arthur G. Connolly, III
> Arthur G. Connolly, III (#2667)

\\\\NY - 21107/0029 - 905430 v3