IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERMEC TECHNOLOGIES CORP., a Washington corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-528-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, Symbol Technologies, Inc., in this matter:

  Allison J. Schoenthal
  HOGAN & HARTSON L.L.P.
  875 Third Avenue
  New York, New York 10022
  Tel: (212) 918-3000
  Fax: (212) 918-3100
  E-mail: ajschoenthal@hhlaw.com

  CONNOLLY BOVE LODGE & HUTZ LLP

August 8, 2005   /s/ Arthur G. Connolly, III
        Kevin F. Brady (#2248)
        Arthur G. Connolly, III (#2667)
        The Nemours Building
        1007 North Orange Street
        Wilmington, DE  19801
        (302) 658-9141
        *Attorneys for Plaintiff, Symbol Technologies, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of August 2005, that counsel's motion for admission *pro hac vice* is granted.

            _____
            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Allison J. Schoenthal
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

Dated: August 5, 2005

\\\\NY - 21107/0018 - 855598 v1

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on August 8, 2005, I caused to be electronically filed a true and correct copy of the foregoing Motion and Order for Admission *Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, DE 19801
> [jblumenfeld@mnat.com]

I further certify that on August 8, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

**By FedEx**

> Frederick A. Lorig, Esquire
> Bruce R. Zisser, Esquire
> BRIGHT & LORIG, P.C.
> 633 West Fifth Street
> Suite 3330
> Los Angeles, CA 90071

> Carson Veach, Esquire
> Leland W. Hutchinson, Jr., Esquire
> Jennifer Fitzgerald, Esquire
> FREEBORN & PETERS LLP
> 311 South Wacker Drive
> Suite 3000
> Chicago, IL 60606

/s/ Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
Kevin F. Brady (#2248)
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
Attorneys for Plaintiff, Symbol Technologies, Inc.