IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERMEC TECHNOLOGIES CORP., a Washington corporation,<br><br>Defendant. | Civil Action No. 05-528 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Intermec's Responses to Symbol Technologies, Inc.'s Second Set of Interrogatories and Intermec's Responses to Symbol Technologies, Inc.'s Second Set of Requests for Production of Documents and Things were caused to be served on August 8, 2005 upon the following in the manner indicated:

**BY HAND**

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld
Hogan & Hartson
875 Third Avenue
New York, NY 10022

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Maryellen Noreika*

        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
          Attorneys for Intermec Technologies Corp.

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071
(213) 627-7774

Carson Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000

August 8, 2005


477849