IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERMEC TECHNOLOGIES CORP., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-528-SLR <br> ) <br> ) <br> ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Leland W. Hutchinson, Jr., Freeborn & Peters LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606 to represent defendant in this matter.

                                                                               MORRIS, NICHOLS, ARSHT & TUNNELL

                                                                               */s/ Jack B. Blumenfeld (#1014)*
                                                                               Jack B. Blumenfeld (#1014)
                                                                               Julia Heaney (#3052)
                                                                               Maryellen Noreika (#3208)
                                                                               1201 N. Market Street
                                                                               P.O. Box 1347
                                                                               Wilmington, DE  19899
                                                                               jblumenfeld@mnat.com
                                                                               (302) 658-9200
                                                                                    Attorneys for Defendant Intermec
                                                                                    Technologies Corp.

Date:  August 16, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

                                                                                   _____
                                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 8/16/05

Leland W. Hutchinson, Jr.
Freeborn & Peters LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL  60606-6677
(312) 360-6000

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on August 16, 2005 I electronically filed Motion for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP

I also certify that copies were caused to be served on August 16, 2005 upon the following in the manner indicated:

**BY HAND**

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

/s/ *Jack B. Blumenfeld (#1014)*
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com