IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-528-SLR |
| | ) |
| INTERMEC TECHNOLOGIES | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 30th day of August, 2005, the above captioned case having just been transferred to this court and assigned to me; and this patent case being subject to my standard procedures governing patent cases;

IT IS ORDERED that plaintiff's motion to compel (D.I. 34) is denied without prejudice to its presenting the disputes at the first scheduled discovery conference.

_____
United States District Judge