IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYMBOL TECHNOLOGIES, INC.,    )
               )
        Plaintiff,     )
               )
     v.            )
               )    C.A. No. 05-147 (SLR)
INTERMEC TECHNOLOGIES CORP.,    )
               )
        Defendant.    )
               )
_____    )
               )
SYMBOL TECHNOLOGIES, INC.,    )
               )
        Plaintiff,     )
               )    C.A. No. 05-528 (SLR)
     v.            )
               )
INTERMEC TECHNOLOGIES CORP.,    )
               )
        Defendant.    )

## STIPULATED MOTION FOR EXTENSION OF TIME

       Symbol Technologies, Inc. ("Symbol") and Intermec Technologies Corp. ("Intermec") jointly move for a 90-day extension of time for all proceedings in Civil Action Nos. 05-147 (SLR) and 05-528 (SLR) while the parties attempt to resolve their disputes.

       Symbol and Intermec are engaged in several disputes involving their respective intellectual property. Effective as of September 1, 2005, Symbol and Intermec entered into a Standstill Agreement ("Agreement") pursuant to which they agreed to a standstill in the above-captioned actions until December 1, 2005 while they attempt to resolve their disputes. Pursuant to that Agreement, the parties also agreed to file this motion, jointly seeking leave of the Court to

postpone the pretrial and trial dates for the above-captioned cases by 90 days (the approximate time of the standstill) to allow settlement discussions to proceed.

A proposed scheduling order for the above-captioned cases is attached as Exhibit A.[1]  The parties jointly request that the schedules for the above-captioned cases be extended and that the Court enter the proposed order.


MORRIS, NICHOLS, ARSHT & TUNNELL       CONNOLLY BOVE LODGE & HUTZ LLP


*/s/ Jack B. Blumenfeld (#1014)*                    */s/ Arthur G. Connolly, III (#2667)*
Jack B. Blumenfeld (#1014)                          Kevin F. Brady (#2248)
Maryellen Noreika (#3208)                           Arthur G. Connolly, III (#2667)
1201 N. Market Street                               1007 N. Orange Street
Wilmington, Delaware  19899                         Wilmington, Delaware  19899
(302) 658-9200                                      (302) 658-9141
  *Attorneys for Intermec Technologies Corp.*          *Attorneys for Symbol Technologies, Inc.*

---

[1]    A Scheduling Order was entered in C.A. No. 05-147 (SLR) on June 9, 2005 (D.I. 18). No schedule has yet been entered in C.A. No. 05-528 (SLR), but the parties had previously agreed to consolidation of that action with C.A. No. 05-147 with a slight extension of the schedule set in 05-147.  The proposed order attached as Exhibit A extends the pretrial and trial dates in the agreed-upon consolidated schedule by approximately 90 days.  The trial date and dates involving Court conferences have been left blank to allow for consultation with the Court's schedule.

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on September 9, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:  Arthur G. Connolly, III; Eric J. Lobenfeld; Lawrence V. Brocchini; Shana J. Krupp; Ira J. Schaefer and Tedd W. Van Buskirk..

I also certify that copies were caused to be served on September 9, 2005 upon the following in the manner indicated:

### BY HAND

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Eric J. Lobenfeld
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

/s/ *Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com