## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-147-SLR |
| INTERMEC TECHNOLOGIES CORP., | : (Lead Case) |
| Defendant. | : |
| SYMBOL TECHNOLOGIES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-528-SLR |
| INTERMEC TECHNOLOGIES CORP., | : |
| Defendant. | : |

## ORDER

At Wilmington this **9**th day of **January, 2006**.

IT IS ORDERED that the teleconference scheduled for Wednesday, January 11, 2006 at 9:00 a.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE