IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-147 (SLR) |
| INTERMEC TECHNOLOGIES CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SYMBOL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-528 (SLR) |
| v. | ) | |
| | ) | |
| INTERMEC TECHNOLOGIES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE IN FIRM NAME AND ADDRESS**

PLEASE TAKE NOTICE that Bright & Lorig, P.C. has merged with Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP.  Effective January 30, 2006, Frederick A. Lorig and Bruce R. Zisser, counsel for defendant Intermec Technologies Corporation, will have the following contact information:

> Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
> 865 S. Figueroa St., 10th Floor,
> Los Angeles, California 90017
> Telephone: (213)443-3000
> Facsimile: (213)443-3100
>
> Email:
>
> Frederick A. Lorig: fredericklorig@quinnemanuel.com
> Bruce R. Zisser: brucezisser@quinnemanuel.com

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Benjamin Schladweiler* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Maryellen Noreika (#3208) |
|  | Benjamin Schladweiler (#4601) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899 |
|  | (302) 658-9200 |
| Frederick A. Lorig | *Attorneys for Defendant* |
| Bruce R. Zisser | *Intermec Technologies Corp.* |
| QUINN, EMANUEL, URQUHART, |  |
| OLIVER & HEDGES, LLP |  |
| 865 S. Figueroa St., 10th Floor, |  |
| Los Angeles, CA 90017 |  |
| (213)443-3000 |  |

Carson P. Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
(312) 360-6000

January 19, 2006

502604

## CERTIFICATE OF SERVICE

I, Benjamin Schladweiler, hereby certify that on January 19, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III; Eric J. Lobenfeld; Lawrence V. Brocchini; Shana J. Krupp; Ira J. Schaefer and Tedd W. Van Buskirk.

I also certify that copies were caused to be served on January 19, 2006 upon the following in the manner indicated:

**BY HAND**

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**BY FACSIMILE**

Eric J. Lobenfeld
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

/s/ *Benjamin Schladweiler (#4601)*
Benjamin Schladweiler (#4601)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
bschladweiler@mnat.com